**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,<br><br>Defendants,<br><br>- and -<br><br>ELKA SHERESHEVSKY,<br><br>Relief Defendant. | Case No. 2:08mc22<br>(Case No. 08 Civ. 7104 (DC))<br>Southern District New York)<br><br>ECF Case |

## DECLARATION OF JOHN K. WARREN IN SUPPORT OF THE RECEIVER'S MEMORANDUM OF LAW IN OPPOSITION TO HUFF, POOLE & MAHONEY'S MOTION TO QUASH OR TO MODIFY AMENDED SUBPOENAS DUCES TECUM

I, John K. Warren, declare and state as follows:

1.    I am an attorney admitted to practice in the District of Columbia, the Commonwealth of Virginia, and before this Court.

2.    I am an associate at the law firm of Dewey & LeBoeuf LLP ("Dewey"), legal advisors to Timothy J. Coleman, the Receiver ("Receiver") of Wextrust Capital, LLC; Wextrust Equity Partners, LLC; Wextrust Development Group, LLC; Wextrust Securities, LLC; and Axela Hospitality, Inc. (collectively "Wextrust") in the above-captioned matter

currently pending in the Southern District of New York. I am resident in the Washington, D.C. office.

3.      On August 18, 2008, I was dispatched by the Receiver to the Norfolk, Virginia office of Wextrust Securities, LLC (the "Norfolk Office") to assist in the execution of the original receivership order, which required the Receiver to, among other things, preserve the status quo, ascertain the true financial condition of Wextrust, prevent the further dissipation of Wextrust assets, and take control of Wextrust assets.

4.      The Norfolk Office is located on the 22nd floor of the Dominion Tower, at 999 Waterside Drive, Norfolk, Virginia 23510. As of the date I was dispatched to the Norfolk Office, the signage within the building, including the 22nd floor, identified the occupant as "Wextrust Securities, LLC."

5.      Along with other representatives from Dewey and financial advisors from Deloitte Financial Advisory Services (collectively, the "Norfolk Team"), I aided in the execution of the original receivership order from August 19-22 and August 25-28, 2008.

6.      The Norfolk Team conducted interviews of Wextrust employees and analyzed Wextrust business records, including financial records.

7.      Among the evidence I reviewed were the personal financial records of Defendant Joseph Shereshevsky and Relief Defendant Elka Shereshevsky that were updated and maintained by a Wextrust employee at the Norfolk Office named Kate Walden with the title of "Accounting Assistant." The employee is no longer working for Wextrust or the Receiver, but at the time I reviewed the financial records, Ms. Walden had personal knowledge of the information contained therein, and kept the records in the course of regularly conducted Wextrust business activities.

8.     From my review of the business records and interviews with Ms. Walden it is clear that, for all intents and purposes, Ms. Walden served as the personal bookkeeper for Joseph and Elka Shereshevsky.  In this capacity, she was responsible for such tasks as the payment of (1) personal expenses such as credit card and utility bills and (2) mortgages on personal residential properties on behalf of Joseph and Elka Shereshevsky.

9.     Ms. Walden recorded, monitored, and updated all of these personal financial transactions for Joseph and Elka Shereshevsky using Quicken® 2006 computer software.

10.     To my knowledge, all of Joseph and Elka Shereshevsky's recent personal financial data to which Ms. Walden had access was maintained on the Quicken® 2006 software on Ms. Walden's Wextrust-issued desktop computer located at the Norfolk Office.

11.     During my series of interviews with Ms. Walden, she produced a Wextrust document listing all personal banking and investment accounts putatively controlled by Elka Shereshevsky as of August 19, 2008 to which Ms. Walden was given access and responsibility.  This record was made in the regular course of business by Ms. Walden.  The chart included the (1) financial institution where each account was held; (2) account number for each account; (3) account name for each account; (4) account/file name corresponding to each account in the Quicken® 2006 software; (5) former account number and/or account-specific notes for each account; and (6) signatories for each account.

12.     The 21 accounts identified by Ms. Walden were frozen by the Southern District of New York when Elka Shereshevsky was added as a Relief Defendant on August 28, 2008.  Moreover, the chart created by Ms. Walden detailing the 21 personal Shereshevsky accounts was attached as Exhibit C to the preliminary injunction order entered on October 24, 2008 that continued the freeze on the accounts.  A copy of this chart, with account numbers

redacted, has been attached hereto as Exhibit A.

13. As documented on Exhibit A, the frozen personal Shereshevsky bank accounts to which Ms. Walden was given access and responsibility as a Wextrust employee included, but were not limited to, accounts associated with:

a. The Shereshevsky Foundation;

b. The Shereshevsky Family Limited Partnership;

c. The Shereshevsky Family Limited Partnership II;

d. The Shereshevsky Family Irrevocable Trust;

e. Thunder Energy LLC;

f. Jassry LLC; and

g. Elka Shereshevsky's charity, operating, checking, savings, and tax accounts.

14. On August 28, 2008, I personally saved a master Quicken® electronic backup file of all financial data maintained by Ms. Walden for Elka and Joseph Shereshevsky ("Shereshevsky Quicken® Financial Records") on a USB flash drive owned by a member of the Norfolk Team.

15. I immediately uploaded the Shereshevsky Quicken® Financial Records onto (1) the hard drive of my Dewey-owned laptop and (2) the secure Wextrust-specific Dewey extranet site.

16. I then loaded the Quicken® 2006 software onto my Dewey-owned laptop using a CD supplied to me by Ms. Walden. I have strong functional knowledge of Quicken® software because I have used it for my own personal finances for over four years.

17. I am now able to access, analyze, and run reports on the data contained in the Shereshevsky Quicken® Financial Records.

18.     The Shereshevsky Quicken® Financial Records have not been updated or altered since I backed them up from Ms. Walden's computer on August 28, 2008. The records are also password-protected. To my knowledge, the records thus constitute an accurate snapshot of the Shereshevsky financial records for which Ms. Walden was responsible and had access as of that date.

19.     The Shereshevsky Quicken® Financial Records cover the time period from the fall of 2005 through August 28, 2008.

20.     For example, one of the accounts for which Ms. Walden was responsible was a bank account held at the Wachovia Corporation under account name "Shereshevsky Family LP II" and account number *8645[1] (hereinafter the "*8645 Account"). The signatories on the *8645 Account were Joseph Shereshevsky, Elka Shereshevsky, and former Wextrust employees Kate Walden and Sheran Gabriel. According to Exhibit A, Ms. Walden and/or Ms. Gabriel were also signatories on the Shereshevsky Family Irrevocable Trust account, the Jassry LLC account, and Elka Shereshevsky's charity and operating accounts.

21.     The *8645 Account was one of the accounts frozen by the Southern District of New York when Elka Shereshevsky was added as a Relief Defendant on August 28, 2008 because of the SEC and the Receiver's discovery that this and other personal Shereshevsky bank accounts had been used to commingle funds rightfully belonging to the Wextrust entities and/or their investors. This account continues to be frozen pursuant to the preliminary injunction order entered by the Southern District of New York on October 24, 2008. Again, it was listed in Exhibit C to that order.

---

[1]     Only the last four digits of the account number have been listed in order to comply with the Court's rules pertaining to the redaction of personal identifiers.

22.     I have attached hereto as Exhibit B a true and correct copy[2] of the Quicken® registry report for all available transactions associated with *8645 Account showing both the funding sources for the account and the disbursements made.

23.     From a review of Exhibit B, it appears that despite being held under the account name of the Shereshevsky family limited partnership and initially not included within the receivership estate, the *8645 Account was extensively commingled with "loans" both to and from various Wextrust entities.

24.     As also shown in Exhibit B, much of the money to fund this account (and thus to fund the disbursements for such documented expenses as legal fees paid to Huff, Poole & Mahoney) came from another account over which Elka and Joseph Shereshevsky had signature and/or power of attorney authority:

     a.     Wachovia account *6331[3] (hereinafter "New Operating").

25.     New Operating was also one of the accounts frozen by the Southern District of New York when Elka Shereshevsky was added as a Relief Defendant on August 28, 2008 and was listed in Exhibit C to the preliminary injunction order entered on October 24, 2008.

26.     I have attached as Exhibit C to this declaration a true and correct excerpt[4] of the Quicken® registry report for all available transactions associated with New Operating showing both the funding sources for the account and the disbursements made. Because the full registry report was 141 pages long, only an excerpted copy covering approximately the first month of transactions has been appended.

---

[2]     Account numbers except for the last four digits have been redacted in order to comply with the Court's rules pertaining to the redaction of personal identifiers.
[3]     Only the last four digits of the account number have been listed in order to comply with the Court's rules pertaining to the redaction of personal identifiers.
[4]     Account numbers except for the last four digits have been redacted in order to comply with the Court's rules pertaining to the redaction of personal identifiers.

27.     From a review of Exhibit C, it appears that New Operating was funded by a variety of sources (including what appear to be Wextrust funds and "loans") and was used to pay a variety of both personal and business expenses for Joseph and Elka Shereshevsky.

I declare under the penalty of perjury that the foregoing is true and correct.


Dated: January 12, 2009

<div style="margin-left: 50%;">

_/s/_____

John K. Warren
VA Bar No. 75550
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Washington, D.C. 20005-4213
(202) 346-7961 (t)
(202) 299-1351 (f)
jwarren@dl.com

</div>

# EXHIBIT A

## SHERESHEVSKY PERSONAL BANK ACCOUNTS

| BANK | ACCT. NO. | ACCOUNT NAME | FILE NAME | Former # or notes | Signatories |
|---|---|---|---|---|---|
| BANK OF COMMONWEALTH | | ELKA'S BOC ACCT. | BOC ACCT. | | Elka |
| | | | | | |
| BB&T | | | | | |
| BB&T | ▮4363 | ELKA SHERESHEVSKY CHECKING ACCT. | BB&T | opened 8/08 | Elka |
| BANK OF JERUSALEM | ▮2529 | Joseph & Elka Shereshevsky | Bank of Jerusalem | opened in 8/07 | Joe & Elka? |
| PROVIDENT BANK NA | 4504 | ELKA'S PROVIDENT BANK ACCT. | inactive, not tracked in Quicken | old acct. Elka had before marriage | Elka |
| | | | | | |
| Handled by Wealth Management? | | | | | |
| WACHOVIA | ▮8700 | ELKA SHERESHEVSKY 125 12TH STREET ACCT. | HOMES | 9528 | Elka, Joe POA |
| WACHOVIA | ▮5439 | ELKA SHERESHEVSKY CHARITY ACCT. | CHARITY | 9835 | Elka, Joe, Kate, Sheran |
| WACHOVIA | ▮8331 | ELKA SHERESHEVSKY OPERATING ACCT. | NEW OPERATING | 9839 | Elka, Joe, Kate, Sheran 2306 /30S atm |
| WACHOVIA | ▮6577 | ELKA SHERESHEVSKY TAX ACCT. | TAX ACCT. | 9858 | Elka, Joe POA |
| | | | | | |
| WACHOVIA | ▮3862 | PESHA SHERESHEVSKY MINOR SAVINGS ACCT | PESHA SAVINGS | 9377 | Elka, Joe |
| WACHOVIA | ▮0817 | CHAIM SHERESHEVSKY MINOR SAVINGS ACCT. | CHAIM SAVINGS | 4123 | Elka, Joe |
| | | | | | |
| Handled by Commercial Dept.: | | | | | |
| WACHOVIA | ▮4151 | SHERESHEVSKY FAMILY IRREVOCABLE TRUST | TRUST ACCT. | NEW TRUST | Herb Z, Sheran |
| WACHOVIA | ▮8645 | SHERESHEVSKY FAMILY LP II | Family LP II | also SFLPII | Joe, Elka, Kate, Sheran |
| WACHOVIA | ▮3606 | THE SHERESHEVSKY FOUNDATION, INC. | FOUNDATION | FOUNDATION | Joe, Elka |
| WACHOVIA | ▮6352 | THUNDER ENERGY LLC | Thunder Energy LLC | THUNDER | Joe & Elka |
| WACHOVIA | ▮3814 | JASSRY LLC | Jassry Properties LLC | Opened 7/07 (VA) | Joe, Elka, Kate |
| | | | | | |
| Closed Accounts: | | | | | |
| WACHOVIA | ▮5950 | ELKA SHERESHEVSKY 4809 14th AVE | 4809 14th AVE | 2447 | Closed 5/07 |
| WACHOVIA | ▮5051 | SHERESHEVSKY IRREVOCABLE TRUST ACCT. | TRUST ACCT. | | Closed 5/07 |
| WACHOVIA | ▮3048 | THE SHERESHEVSKY FAMILY LIMITED PTNSP | Shereshevsky Family Ptnsp. | | Closed |
| WACHOVIA | ▮5679 | JASSRY PROPERTIES LLC ACCT. | Jassry Properties LLC | | Closed 7/07 |
| | | | | | |
| WACHOVIA | ▮6218 | SWEEP ACCOUNTS (Jassry Close & reopened new acct in VA) | OLD OR NEW SWEEP | | Closed 8/07 |
| WACHOVIA | ▮6349 | SPACEFR LLC | Spacefr LLC | Closed 4/08 | Joe & Elka |

# EXHIBIT B

# Family LP II Register Report #2000020948645 - All Dates
### 7/12/2006 through 1/12/2009

1/12/2009

| Date | Account | Description | Memo | Category | Amount |
|------|---------|-------------|------|----------|--------|
| **BALANCE 7/11/2006** | | | | | **0.00** |
| 7/12/2006 | Family LP II | Wachovia Bank | COMMERCIAL SERVICE CHARGES FOR JUNE 2006 | Bank Charge | -11.00 |
| 7/17/2006 | Family LP II | Transferred To ********8645 | CCSC: J J629 | [Shereshevsky Fa... | 399.09 |
| 7/17/2006 | Family LP II | Ser Fee Ref | | Bank Charge | 11.00 |
| 7/19/2006 | Family LP II | Huff, Poole & Mahoney | REFUND OF 2,3,&4/06 SVC CHGS | Prof. Fees:Legal | -152.50 |
| 8/2/2006 | Family LP II | Harland Checks  Chk Orders | 206M, stmt 4 | Bank Charge | -16.00 |
| 8/3/2006 | Family LP II | Funds to New Ops (ADVICE | CHK ORDERS | [NEW OPERATING] | 200.00 |
| 8/9/2006 | Family LP II | Zuckerman & Associates, Ltd. | SENT TO SHERESHEVSKY FP V | Prof. Fees:Account... | -235.00 |
| 8/9/2006 | Family LP II | Wachovia Bank | Acct. 300G | | |
| 8/9/2006 | Family LP II | Huff, Poole & Mahoney | COMMERCIAL SERVICE CHARGES FOR JULY 2006 | Bank Charge | -11.02 |
| 8/15/2006 | Family LP II | Huff, Poole & Mahoney | #14277-000106M, stmt. 5 | Prof. Fees:Legal | -72.60 |
| 8/18/2006 | Family LP II | Ser Fee Ref | REFUND OF 2,3,&4/06 SVC CHGS | Bank Charge | 11.02 |
| 9/12/2006 | Family LP II | Wachovia Bank | COMMERCIAL SERVICE CHARGES FOR AUGUST | Bank Charge | -14.50 |
| 9/12/2006 | Family LP II | FundS to Operating (Advice  048873) | | [NEW OPERATING] | 5,000.00 |
| 10/9/2006 | Family LP II | Huff, Poole & Mahoney | 206M, stmt. 5 | Prof. Fees:Legal | -47.50 |
| 10/11/2006 | Family LP II | Wachovia Bank | COMMERCIAL SERVICE CHARGES FOR SEPTEM... | Bank Charge | -3.50 |
| 10/18/2006 | Family LP II | Huff, Poole & Mahoney | 206M, stmt 6 | Prof. Fees:Legal | -500.00 |
| 11/3/2006 | Family LP II | FUNDS TRANSFER TO SFLPII FOR FURTH... | TO FUND TRUST ACCT FOR CK#6129 | [NEW OPERATING] | 20,000.00 |
| 11/3/2006 | Family LP II | WEXTRUST CAPITAL DISB. ACCT. | RCVD FROM WEXTRUST CAPITAL / | [NEW OPERATING] | 18,000.00 |
| 11/3/2006 | Family LP II | Transferred To ********6051 | CCSC: C 47109 | [Trust, Irrevocable ... | -38,000... |
| 11/21/2006 | Family LP II | Huff, Poole & Mahoney | 106M, stmt 7 | Prof. Fees:Legal | -129.75 |
| 11/28/2006 | Family LP II | FUNDS TRANSFER TO SFLPII FOR FURTH... | TO FUND TRUST ACCT FOR CK#6131 | [NEW OPERATING] | 10,000.00 |
| 11/28/2006 | Family LP II | Funds Transfer To Irrev. Trust Acct | to fund acct. for ck#6131 | [Trust, Irrevocable ... | -10,000... |
| 12/11/2006 | Family LP II | Wachovia Bank | COMMERCIAL SERVICE CHARGES FOR NOVEMB... | Bank Charge | -26.95 |
| 1/10/2007 | Family LP II | Wachovia Bank | COMMERCIAL SERVICE CHARGES FOR DECEMB... | Bank Charge | -12.95 |
| 1/29/2007 | Family LP II | Funds r To Shereshevsky Family LP II | for further transfer to Trust | [NEW OPERATING] | 2,000.00 |
| 1/30/2007 | Family LP II | Funds Transfer To Trust Acct | to fund acct for ck#6132 & #6133 | [Trust, Irrevocable ... | -3,500.00 |
| 2/5/2007 | Family LP II | Funds Transfer To Trust LPII | for further credit to Trust acct. | [NEW OPERATING] | 2,500.00 |
| 2/5/2007 | Family LP II | Funds Transfer To Trust Acct | to fund acct for ck#6134 | [Trust, Irrevocable ... | -2,500.00 |
| 2/9/2007 | Family LP II | Wachovia Bank, NA | COMMERCIAL SERVICE CHARGES FOR JANUAR... | Bank Charge | -19.95 |
| 2/21/2007 | Family LP II | Funds Transfer To Trust Acct | to fund acct for ck#6136 | [Trust, Irrevocable ... | -2,000.00 |
| 2/26/2007 | Family LP II | JOSHUA RUBENSTEIN | Rubenstein ck#103 | 4809 14th Ave | 10,000.00 |
| 2/27/2007 | Family LP II | Ser Fee Ref | REFUND OF 8/06 SVC CHGS | Bank Charge | 59.85 |
| 3/5/2007 | Family LP II | Funds Transfer To Charity | to fund acct. for 3/07 obligations  per Joe's email 3/5/... | [CHARITY ACCT.] | -7,700.00 |
| 3/7/2007 | Family LP II | Funds Transfer To New Operating | to fund acct. per Joe's email 3/7/07 | [NEW OPERATING] | -3,000.00 |
| 3/9/2007 | Family LP II | Wachovia Bank, NA | COMMERCIAL SERVICE CHARGES FOR FEBRUA... | Bank Charge | -23.45 |
| 4/10/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR MARCH 2... | Bank Charge | -24.95 |
| 4/16/2007 | Family LP II | Huff, Poole & Mahoney | Acct. 90J7, stmt 3/6/07 | Prof. Fees:Legal | -150.00 |

# Family LP II Register Report #2000020948645 - All Dates

### 7/12/2006 through 1/12/2009

| Date | Account | Description | Memo | Category | Amount |
|---|---|---|---|---|---|
| 5/7/2007 | Family LP II | Terra Nova | wire from TN per Joe's call | [Terra Nova Tradin... | 20,000.00 |
| 5/7/2007 | Family LP II | Yehoshua Shereshevsky | for wedding expenses | Gifts Given:Yehosh... | -10,000... |
| 5/9/2007 | Family LP II | Mayer Shereshevsky | per Joe (Beth wrote) | Gifts Given:Mayer... | -10,000... |
| 5/9/2007 | Family LP II | Terra Nova | wire from TN per Joe's call | [Terra Nova Tradin... | 20,000.00 |
| 5/9/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR APRIL 20... | Bank Charge | -12.95 |
| 5/11/2007 | Family LP II | Chana Shereshevsky | nursing care for Yuddy (Sheran wrote) | Gifts Given/Chana ... | -10,000... |
| 5/22/2007 | Family LP II | Zukerman & Associates, Ltd. | 06 tax filing, prep & planning, Acct.# 110G 5/40... | Prof. Fees:Account... | -245.00 |
| 5/30/2007 | Family LP II | Funds Transfer From Terra Nova | per Joe's call 5/29/07 | [Terra Nova Tradin... | 24,000.00 |
| 5/30/2007 | Family LP II | Funds Transfer To Charity Acct | to fund for 6/07 mo. obligations | [CHARITY ACCT.] | -24,000... |
| 6/1/2007 | Family LP II | Funds Transfer FROM Terra Nova (ADVICE ... | RCVD FROM HARRIS N.A. | [Terra Nova Tradin... | 22,000.00 |
| 6/4/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund acct per J. Shereshevsky 6/1/07 | [NEW OPERATING] | -22,000... |
| 6/5/2007 | Family LP II | Funds Transfer FROM Terra Nova (ADVICE ... | per Joe's req 6/5/07 RCVD FROM HARRIS N.A. | [Terra Nova Tradin... | 6,000.00 |
| 6/6/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund acct per J. Shereshevsky 6/6/07 | [NEW OPERATING] | -10,000... |
| 6/6/2007 | Family LP II | Funds Transfer To Charity Acct | to fund acct. per Joe 6/6/07 (Camp Ruach) | [CHARITY ACCT.] | -5,000.00 |
| 6/6/2007 | Family LP II | Funds Transfer From Terra Nova | per Joe's req 6/6/07 | [Terra Nova Tradin... | 13,000.00 |
| 6/6/2007 | Family LP II | Mayer Shereshevsky | for Yehuda's special nursing | Gifts Given/Yehud... | -10,000... |
| 6/7/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund acct per J. Shereshevsky 6/7/07 | [NEW OPERATING] | -3,700.00 |
| 6/11/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR MAY 2007 | Bank Charge | -55.45 |
| 6/19/2007 | Family LP II | Funds Transfer From Terra Nova | per Joe's email 6/19/07 | [Terra Nova Tradin... | 65,000.00 |
| 6/20/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund account for month end | [NEW OPERATING] | -65,000... |
| 6/20/2007 | Family LP II | Funds Transfer From Terra Nova | per Joe's req. 6/19/07 | [Terra Nova Tradin... | 10,000.00 |
| 6/21/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | per Joe 6/19/07 | [NEW OPERATING] | -10,000... |
| 6/21/2007 | Family LP II | Terra Nova Funds Transfer (ADVICE 200706... | RCVD FROM HARRIS N.A. | [Terra Nova Tradin... | 125,000... |
| 6/22/2007 | Family LP II | Funds To Michael Mostofsky | per Joe's email 6/20/07 | [Mike Mostofsky Lo... | -20,000... |
| 6/22/2007 | Family LP II | FUNDS TRANSFER To WEXTRUST CAPIT... | Partial loan repay per Joe's email 6/20 | [WEXTRUST LOA... | -50,000... |
| 6/26/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | per Joe's email 6/26/07 | [NEW OPERATING] | -50,000... |
| 7/6/2007 | Family LP II | Zukerman & Associates, Ltd. | tax and financial planning to 6/1/07, 6/20 inv. | Prof. Fees:Account... | -875.00 |
| 7/10/2007 | Family LP II | Funds Transfer From Terra Nova | per Joe's verbal req 7/10/07 | [Terra Nova Tradin... | 25,000.00 |
| 7/10/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | SENT TO ELKA SHERESHEVSKY/ | [NEW OPERATING] | -25,000... |
| 7/11/2007 | Family LP II | Terra Nova Funds Transfer (ADVICE 200707... | RCVD FROM HARRIS N.A. | [Terra Nova Tradin... | 25,000.00 |
| 7/12/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund acct | [NEW OPERATING] | -25,000... |
| 7/12/2007 | Family LP II | Funds Transfer From Terra Nova | per Joe's verbal req 7/12/07 | [Terra Nova Tradin... | 350,000... |
| 7/12/2007 | Family LP II | FUNDS TRANSFER TO NEW TRUST | FOR GIFTS TO CHILDREN | [NEW TRUST] | -120.00... |
| 7/12/2007 | Family LP II | Funds Transfer To Charity Acct | to fund acct for BINA & Y. Be'er Yaakov | [CHARITY ACCT.] | -81,000... |
| 7/12/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR JUNE 2007 | Bank Charge | -121.45 |
| 7/13/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund acct for month end | [NEW OPERATING] | -90,000... |
| 7/13/2007 | Family LP II | Funds Transfer To Michael Mostofsky | per Joe's instructions 7/13/07 | [Mike Mostofsky Lo... | -50,000... |
| 7/20/2007 | Family LP II | Funds Transfer From Terra Nova | per Joe's email 7/18/07 | [Terra Nova Tradin... | 350,000... |

| Date | Account | Description | Memo | Category | Amount |
|---|---|---|---|---|---|
| 7/20/2007 | Family LP II | WEXTRUST CAPITAL | per Joe's email 7/18/07 | [Jassry's Wextrust... | -116.00... |
| 7/20/2007 | Family LP II | WEXTRUST CAPITAL | per Joe's email 7/18/07 | [WEXTRUST LOA... | -150.00... |
| 7/24/2007 | Family LP II | Funds Transfer To Terra Nova | per Joe 7/24/07 | [Terra Nova Tradin... | -95,000. |
| 7/24/2007 | Family LP II | Funds Transfer To SFLP II Account | for further transf to Trust | [NEW OPERATING] | 10,000.00 |
| 7/25/2007 | Family LP II | FUNDS TRANSFER TO NEW TRUST | to fund acct for check #7010 | [NEW TRUST] | -11,000.00 |
| 7/25/2007 | Family LP II | Funds Transfer To SFLP II Account | for further transf to Terra Nova | [NEW OPERATING] | 15,000.00 |
| 7/25/2007 | Family LP II | Funds Transfer From Wextrust Capital | 1 of 2 | [WEXTRUST LOA... | 50,000.00 |
| 7/25/2007 | Family LP II | Funds Transfer From Wextrust Capital | 2 of 2 | [WEXTRUST LOA... | 50,000.00 |
| 7/25/2007 | Family LP II | Funds Transfer To Terra Nova | per Joe 7/24/07 | [Terra Nova Tradin... | -115.00... |
| 8/1/2007 | Family LP II | Funds Transfer To SFLP II Account | for further transf to Terra Nova | [NEW OPERATING] | 106,500... |
| 8/1/2007 | Family LP II | Funds Transfer To SFLP II Account | for further transf to Terra Nova | [NEW OPERATING] | 2,500.00 |
| 8/1/2007 | Family LP II | Funds Transfer To Terra Nova | per Joe 7/24/07 | [Terra Nova Tradin... | -109.00... |
| 8/2/2007 | Family LP II | FUNDS TRANSFER From Africa | from Bret Inv Skeleton Coast | Bonus | 170,000... |
| 8/2/2007 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe's email 8/2/07 | [Terra Nova Tradin... | -150.00... |
| 8/3/2007 | Family LP II | Treasurer Of Virginia | annual registration | Licenses and Perm... | -50.00 |
| 8/6/2007 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe's call 8.6.07 | [Terra Nova Tradin... | -110.00... |
| 8/6/2007 | Family LP II | Funds Transfer (ADVICE ████360 | RCVD FROM WEXTRUST CAPITAL / comm adv. p... | [WEXTRUST LOA... | 200,000... |
| 8/7/2007 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe req 8/7/07 | [Terra Nova Tradin... | -69,000... |
| 8/9/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund acct., Ops down to $3,800 | [NEW OPERATING] | -20,000... |
| 8/9/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR JULY 2007 | Bank Charge | -121.45 |
| 8/9/2007 | Family LP II | Ser Fee Ref | REFUND OF 8/06 SVC CHGS | Bank Charge | 121.45 |
| 8/10/2007 | Family LP II | Funds Transfer To Charity Acct | to fund acct. for ck #1051 | [CHARITY ACCT.] | -21,850... |
| 8/13/2007 | Family LP II | FUNDS TRANSFER TO WEXTRUST CAPIT... | Partial loan repay per Joe's 8/21/07 | [WEXTRUST LOA... | -200.00... |
| 8/22/2007 | Family LP II | Funds Transfer From TErra Nova | per Joe 8/21/07 | [Terra Nova Tradin... | 250,000... |
| 8/23/2007 | Family LP II | FUNDS TRANSFER TO NEW TRUST | to fund for family mo. obligations | [NEW TRUST] | -6,500.00 |
| 9/11/2007 | Family LP II | Funds Transfer From TErra Nova | per Joe 9/10/07 | [Terra Nova Tradin... | 350,000... |
| 9/11/2007 | Family LP II | FUNDS TRANSFER TO WEXTRUST CAPIT... | Partial loan repay per Joe 9/10/07 | [WEXTRUST LOA... | -100.00... |
| 9/11/2007 | Family LP II | Wachovia Bank | paid on LOC ████7513 | [Andrea Meltzer Lo... | -40,000... |
| 9/12/2007 | Family LP II | Funds Transfer (ADVICE ████120 | SENT TO  THE NEW TRUST/ | [NEW TRUST] | -6,500.00 |
| 9/12/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR AUGUST... | Bank Charge | -95.95 |
| 9/12/2007 | Family LP II | Funds Transfer (ADVICE ████0 | SENT TO  ELKA SHERESHECSKY/for TRP investm... | [NEW OPERATING] | -100.00... |
| 9/14/2007 | Family LP II | Ser Fee Ref | REFUND OF 8/06 SVC CHGS | Bank Charge | 95.95 |
| 9/17/2007 | Family LP II | Funds Transfer From Terra Nova SFLPII Acc... | per Joe 9/17/07 | [Terra Nova Tradin... | 150,000... |
| 9/17/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund account | [NEW OPERATING] | -48,000... |
| 9/19/2007 | Family LP II | FUNDS TRANSFER TO NEW TRUST | to fund for CK#7016 | [NEW TRUST] | -10,000... |
| 9/24/2007 | Family LP II | Funds Transfer To Tax Account | to fund for ck# 1019 | [TAX ACCT.] | -23,000... |
| 9/25/2007 | Family LP II | Terra Nova Funds Transfer (ADVICE 200709... | RCVD FROM  HARRIS N.A.      / | [Terra Nova Tradin... | 50,000.00 |
| 9/26/2007 | Family LP II | FUNDS TRANSFER TO WEXTRUST CAPIT... | Partial loan repay per Joe 9/26/07 | [WEXTRUST LOA... | -200.00... |

1/12/2009

# Family LP II Register Report #20000209486645 - All Dates
## 7/12/2006 through 1/12/2009

| Date | Account | Description | Memo | Category | Amount |
|------|---------|-------------|------|----------|--------|
| 9/26/2007 | Family LP II | Funds Transfer From Terra Nova SFLPII Acc... | per Joe's email 9/26/07, for Africa loan | [Terra Nova Tradin... | 200,000... |
| 9/26/2007 | Family LP II | Funds Transfer From Terra Nova SFLPII Acc... | per Joe's email 9/26/07, for Wextrust loan repayment | [Terra Nova Tradin... | 220,000... |
| 9/26/2007 | Family LP II | Funds Transfer From Terra Nova SFLPII Acc... | per Joe's call 9/26/07, for Crown Plaza temp loan | [Terra Nova Tradin... | 150,000... |
| 9/26/2007 | Family LP II | Wextrust Capital | temp loan for Crown Plaza closing | [Crown Plaza Tem... | -150.00... |
| 9/26/2007 | Family LP II | Funds Transfer To Robert Gutterman, Settle... | for Bridge loan closing 9/27/07 | [Bridge Loan] | -147.50... |
| 9/27/2007 | Family LP II | FUNDS TRANSFER TO PURE AFRICA | per email 9/26/07 | [PURE AFRICA LO... | -200.00... |
| 9/27/2007 | Family LP II | Funds Transfer To Charity | mo. obligations for Oct. 07 | [CHARITY ACCT.] | -30.000... |
| 9/27/2007 | Family LP II | Funds Transfer To Homes Acct. | to fund for mtge pmts | [HOMES - 125 12i... | -11.400... |
| 9/27/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund account for mo. end | [NEW OPERATING] | -75.000... |
| 10/9/2007 | Family LP II | Rabbi Yosef Lowenbraun | New Loan secured by head checks | [Lowenbraun 10-07... | -15.000... |
| 10/9/2007 | Family LP II | **VOID** | | Voided Checks | 0.00 |
| 10/9/2007 | Family LP II | Funds Transfer (ADVICE ▇▇▇▇▇0 | RCVD FROM  RBS CITIZENS, N.A/ | [Crown Plaza Tem... | 150,000... |
| 10/10/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR SEPTEM... | Bank Charge | -144.95 |
| 10/11/2007 | Family LP II | Funds Transfer From Terra Nova SFLPII Acc... | for temp loan to Wextrust | [Terra Nova Tradin... | 100,000... |
| 10/11/2007 | Family LP II | Funds Transfer To American Friends Of Kavey | Loan for Yaakov Gelb per Joe 10/11/07 | [Yaakov Gelb-Am... | -20.000... |
| 10/11/2007 | Family LP II | Funds Transfer To R. Mendel Epstein | loan to Mendel Epstein | [Mendel Epstein Lo... | -25.000... |
| 10/11/2007 | Family LP II | FUNDS TRANSFER TO WEXTRUST CAPIT... | Loan for payroll  per Joe | [WEXTRUST LOA... | -200.00... |
| 10/12/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund account, down to $2996 in OP's | [NEW OPERATING] | -5,000.00 |
| 10/12/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund account, for Andrea's checks | [NEW OPERATING] | -7,000.00 |
| 10/22/2007 | Family LP II | Funds Transfer To SFLP II Account | for further transf to Trust | [NEW OPERATING] | 6,500.00 |
| 10/23/2007 | Family LP II | FUNDS TRANSFER TO NEW TRUST | to fund for family obligations for Nov. 07 | [NEW TRUST] | -6,500.00 |
| 11/8/2017 | Family LP II | Terra Nova Funds Transfer (ADVICE 200711... | RCVD FROM HARRIS N.A. / | [Terra Nova Tradin... | 50,000.00 |
| 11/9/2007 | Family LP II | FUNDS TRANSFER TO WEXTRUST CAPIT... | repay tem loan from Wextrust 11/1/07 | [WEXTRUST LOA... | -50.000... |
| 11/9/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR OCTOBE... | Bank Charge | -79.45 |
| 11/9/2007 | Family LP II | Terra Nova Funds Transfer (ADVICE 200711... | RCVD FROM HARRIS N.A. / | [Terra Nova Tradin... | 250,000... |
| 11/13/2007 | Family LP II | Funds  To SFLP II Account | to fund for service charge | [NEW OPERATING] | 100.00 |
| 11/13/2007 | Family LP II | FUNDS TRANSFER TO PURE AFRICA | another loan per Joe's email 11/8/07 | [PURE AFRICA LO... | -250.00... |
| 11/20/2007 | Family LP II | Funds Transfer (ADVICE | temp loan for closing SENT TO  WEXTRUST CAPIT... | [WEXTRUST LOA... | -200.00... |
| 11/20/2007 | Family LP II | Terra Nova  Funds Transfer (ADVICE 200711... | RCVD FROM  HARRIS N.A.  / | [Terra Nova Tradin... | 200,000... |
| 11/27/2007 | Family LP II | Terra Nova  Funds Transfer (ADVICE 200711... | RCVD FROM  HARRIS N.A.  / | [Terra Nova Tradin... | 34,000.00 |
| 11/28/2007 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund account for Dec. 07 mo obligations | [CHARITY ACCT.] | -30.000... |
| 11/28/2007 | Family LP II | FUNDS TRANSFER TO NEW TRUST | to fund for family mo. obligations | [NEW TRUST] | -4,000.00 |
| 12/4/2007 | Family LP II | Funds Transfer To SFLP II Account | for further transfer to New Trust | [NEW OPERATING] | 5,050.00 |
| 12/5/2007 | Family LP II | FUNDS TRANSFER TO NEW TRUST | to fund for ck# 7028 | [NEW TRUST] | -5,000.00 |
| 12/5/2007 | Family LP II | FUNDS to New Ops (ADVICE ▇▇▇▇▇0 | SENT TO  SHERESHEVSKY FP I/ | Prof. Fees/Account... | 665.00 |
| 12/6/2007 | Family LP II | Zukerman & Associates, Ltd. | completion billing for 06 ptnsp. return | | -665.00 |
| 12/11/2007 | Family LP II | Funds Transfer (ADVICE ▇▇▇▇▇10 | SENT TO  HARRIS N.A.    /HARRIS TRUST, 111 | [Terra Nova Tradin... | -80.000... |
| 12/11/2007 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR NOVEMB... | Bank Charge | -104.45 |

1/12/2009

# Family LP II Register Report #200002094865 - All Dates
## 7/12/2006 through 1/12/2009

| Date | Account | Description | Memo | Category | Amount |
|---|---|---|---|---|---|
| 12/11/2007 | Family LP II | Funds Transfer (ADVICE ▮▮▮10 | RCVD FROM WEXTRUST CAPITAL / | [WEXTRUST LOA... | 100,000... |
| 12/11/2007 | Family LP II | Funds Transfer (ADVICE ▮▮110 To Char... | to fund for check #1087 Yeshivat Be'er Yaakov | [CHARITY ACCT.] | -6,000.00 |
| 1/3/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund for mo obligations/pmts | [NEW OPERATING] | -13,850. |
| 1/7/2008 | Family LP II | Funds Transfer From Wextrust Capital | 2nd loan repay on 11/2007 Loan to Wextrust Cap for... | [WEXTRUST LOA... | 100,000... |
| 1/7/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | to fund accd. | [NEW OPERATING] | -95,000... |
| 1/7/2008 | Family LP II | Funds Transfer To Charity | to fund acct for Yeshivas Aish Kodesh ok. | [CHARITY ACCT.] | -5,000.00 |
| 1/10/2008 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR DECEMB... | Bank Charge | -41.95 |
| 1/25/2008 | Family LP II | Terra Nova Funds Transfer (ADVICE | RCVD FROM HARRIS N.A. / | [Terra Nova Tradin... | 170,000... |
| 1/28/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | TO FUND ACCT & FURTHER TRANSFERS | [NEW OPERATING] | -170,00... |
| 1/31/2008 | Family LP II | Terra Nova Funds Transfer (ADVICE | RCVD FROM HARRIS N.A. / | [Terra Nova Tradin... | 100,000... |
| 2/1/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | TO FUND ACCT & FURTHER TRANSFERS | [NEW OPERATING] | -100,00... |
| 2/1/2008 | Family LP II | Funds From Terra Nova SFLPII Account | TO FUND ACCTS | [Terra Nova Tradin... | 30,000.00 |
| 2/1/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | TO FUND ACCT & FURTHER TRANSFERS | [NEW OPERATING] | -30,000... |
| 2/13/2008 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR JANUAR... | Bank Charge | -55.95 |
| 3/3/2008 | Family LP II | Funds to Ops (ADVICE ▮▮▮30 | SENT TO SHERESHEVSKY FP // | [NEW OPERATING] | 5,000.00 |
| 3/3/2008 | Family LP II | Mayer Shereshevsky | for Yehuda per Joe's instructions to Jen Edmiston | Gifts Given/Yehud... | 5,000.00 |
| 3/11/2008 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR FEBRUA... | Bank Charge | -37.95 |
| 3/25/2008 | Family LP II | Terra Nova Funds Transfer (ADVICE 3... | RCVD FROM HARRIS N.A. / | [Terra Nova Tradin... | 20,000.00 |
| 3/26/2008 | Family LP II | Funds Distribution To Charity | Distribution from SFLPII to Elka | [CHARITY ACCT.] | -8,000.00 |
| 3/26/2008 | Family LP II | Funds Distribution To Operating | Distribution from SFLPII to Elka | [NEW OPERATING] | -11,900... |
| 4/7/2008 | Family LP II | Funds Transfer From Terra Nova SFLPII Acc... | per Joe 4/7/08 | [Terra Nova Tradin... | 49,000.00 |
| 4/7/2008 | Family LP II | Funds Transfer To New Trust | to fund family distributions | [NEW TRUST] | -6,382.00 |
| 4/9/2008 | Family LP II | Funds Transfer From Terra Nova SFLPII Acc... | per Joe 4/9/08 | [Terra Nova Tradin... | 10,000.00 |
| 4/9/2008 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR MARCH 2... | Bank Charge | -36.95 |
| 4/14/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO... | loan repay to JS per Gary Rothman | [NEW OPERATING] | -50,000... |
| 4/14/2008 | Family LP II | Huff Poole & Mahoney | acting as Registered Agent | Prof. Fees/Legal | -150.00 |
| 4/18/2008 | Family LP II | Terra Nova Funds Transfer (ADVICE ▮4... | Per Joe 4/18/08 RCVD FROM HARRIS N.A. / | [Terra Nova Tradin... | 150,000... |
| 4/21/2008 | Family LP II | Funds Transfer From Terra Nova SFLPII Acc... | per Joe 4/18/08 | [Terra Nova Tradin... | 550,000... |
| 4/21/2008 | Family LP II | FUNDS TRANSFER TO WEXTRUST CAPIT... | TEMP LOAN PER JOE | [$650,000 Wextrus... | -650,00... |
| 4/23/2008 | Family LP II | TERRA NOVA SFLPII | 10% tithe for profit YTD 08 | [CHARITY ACCT.]/... | -16,865. |
| 4/23/2008 | Family LP II | TERRA NOVA SFLPII | 10% tithe for profit YTD 08 | [NEW TRUST] | -6,885.00 |
| 4/23/2008 | Family LP II | SFLPII | owner's draw to fund for mtgs. | [NEW OPERATING] | -28,250... |
| 5/8/2008 | Family LP II | Funds Transfer From Wextrust Capital | 1st pmt. | [$650,000 Wextrus... | 100,000... |
| 5/8/2008 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe's verbal req. 5/8/08 | [Terra Nova Tradin... | -60,000... |
| 5/8/2008 | Family LP II | Funds Transfer To Operating | distribution to fund account, down to $1,000 | [NEW OPERATING] | -10,000... |
| 5/9/2008 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe's verbal req. 5/9/08 | [Terra Nova Tradin... | -25,000... |
| 5/9/2008 | Family LP II | Funds Transfer From Wextrust Capital | 2nd pmt. | [$650,000 Wextrus... | 100,000... |
| 5/9/2008 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe's verbal req. 5/9/08 | [Terra Nova Tradin... | -75,000... |

# Family LP II Register Report #2000020948645 - All Dates

7/12/2006 through 1/12/2009

| Date | Account | Description | Memo | Category | Amount |
|---|---|---|---|---|---|
| 5/9/2008 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR APRIL 20… | Bank Charge | -89.95 |
| 5/12/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | partial distribution from $650,000 profit??? | [NEW OPERATING] | -21,000.00 |
| 5/12/2008 | Family LP II | Funds Transfer To Charity | 10% advance tithe for $40K & $50K repay from PAM | [CHARITY ACCT ]/… | -9,000.00 |
| 5/16/2008 | Family LP II | Terra Nova Funds Transfer (ADVICE ▮▮▮ | RCVD FROM HARRIS N.A.        / | [Terra Nova Tradin… | 5,000.00 |
| 5/19/2008 | Family LP II | Funds Transfer From SFLPII | loan repay | [NEW OPERATING] | -5,000.00 |
| 5/20/2008 | Family LP II | Wextrust Capital | 3rd pmt | [$650,000 Wextrus… | 30,000.00 |
| 5/20/2008 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe's call 5/20/08 | [Terra Nova Tradin… | -13,000… |
| 5/20/2008 | Family LP II | Funds Transfer To A.B.M. Renovation Corp. | for 14th Ave. renovation work | [4809 14th Ave-Re… | -10,000… |
| 5/20/2008 | Family LP II | Dwight Swain | 13th pmt on 622 Shirley remodel | 622 Shirley Remod… | -5,000.00 |
| 5/20/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | partial distribution from $650,000 profit | [NEW OPERATING] | -2,000.00 |
| 5/22/2008 | Family LP II | Wextrust Capital | 4th pmt | [$650,000 Wextrus… | 40,000.00 |
| 5/22/2008 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe's call 5/22/08 | [Terra Nova Tradin… | -30,000… |
| 5/22/2008 | Family LP II | Funds Transfer To Terra Nova SFLP II Acct | per Joe's email 5/22/08 | [Terra Nova Tradin… | -7,000.00 |
| 5/22/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | partial distribution from $650,000 profit | [NEW OPERATING] | -3,000.00 |
| 5/29/2008 | Family LP II | Funds From Terra Nova SFLPII Account | per Joe 5/28/08 | [Terra Nova Tradin… | 265,919… |
| 5/29/2008 | Family LP II | Funds Transfe To PAM LLC …72593 | per Joe's email 5/29/08 | [$260,000 PAM-AT… | -260,00… |
| 5/29/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | partial distribution from $266,000 | [NEW OPERATING] | -6,000.00 |
| 5/30/2008 | Family LP II | Funds Transfer From Wextrust Capital | 5th pmt | [$650,000 Wextrus… | 30,000.00 |
| 5/30/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | partial distribution from $650K loan to Wex Cap | [NEW OPERATING] | -30,000… |
| 6/2/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | partial distribution from $650K loan to Wex Cap | [NEW OPERATING] | -50,000… |
| 6/2/2008 | Family LP II | Funds Transfer (ADVICE ▮▮▮060 | RCVD FROM WEXTRUST CAPITAL / | [$650,000 Wextrus… | 50,000.00 |
| 6/10/2008 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR MAY 2008 | Bank Charge | -147.95 |
| 6/13/2008 | Family LP II | Dwight Swain | wired to escrow account, partial distribution of Winds… | 622 Shirley Remod… | -15,000… |
| 6/13/2008 | Family LP II | Avi Ingber Wire | per Joe's req 6/13/08, partial distribution of Windsor… | [AVI INGBER LOAN] | -40,000… |
| 6/13/2008 | Family LP II | Transferred Fr ****7388 | CCSC: J 485072, return of investment | [Windsor Capital ]… | 97,369.91 |
| 6/16/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | partial distribution of Windsor Cap return | [NEW OPERATING] | -40,000… |
| 6/27/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | to fund Operating | [NEW OPERATING] | -2,500.00 |
| 7/8/2008 | Family LP II | Pure Africa International | loan payment #1 | [$260,000 PAM-AT… | 40,000.00 |
| 7/8/2008 | Family LP II | Aharon Liberman | per Joe's email 7/8/08 | [4809 14th Ave-Re… | -15,000… |
| 7/8/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | from Pure Africa $40K loan pmt on 7/8/08 | [NEW OPERATING] | -25,000… |
| 7/10/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | from 2nd pmt. on $260,000 5/29/08 loan | [NEW OPERATING] | -25,000… |
| 7/10/2008 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR JUNE 2008 | Bank Charge | -46.95 |
| 7/10/2008 | Family LP II | Funds Transfer (ADVICE ▮▮▮100 | RCVD FROM PURE AFRICA MINER/ | [$260,000 PAM-AT… | 25,000.00 |
| 7/11/2008 | Family LP II | Funds Transfer From Pure Africa | 3rd pmt. on 5/29/08 $260,000 loan | [$260,000 PAM-AT… | 50,000.00 |
| 7/11/2008 | Family LP II | FUNDS TRANSFER TO OPERATING ACCO… | from 3rd pmt. on $260,000 5/29/08 loan | [NEW OPERATING] | -50,000… |
| 7/11/2008 | Family LP II | Funds Transfer To SFLP II Account | to fund for Huff Poole ck | [NEW OPERATING] | 330.00 |
| 7/11/2008 | Family LP II | Huff Poole & Mahoney | ▮▮▮106M | Prof. Fees;Legal | -329.50 |
| 7/17/2008 | Family LP II | Funds Transfer To SFLP II Account | to fund for ck to Terra Nova | [NEW OPERATING] | 100.00 |

# Family LP II Register Report #2000020948645 - All Dates

| Date | Account | Description | Memo | Category | Amount |
|------|---------|-------------|------|----------|--------|
| 7/17/2008 | Family LP II | Terra Nova Financial LLC | to cover margin debit left in acct. | [Terra Nova Tradin... | -107.69 |
| 8/11/2008 | Family LP II | Bank | COMMERCIAL SERVICE CHARGES FOR JULY 2008 Bank Charge | | -59.95 |
| **7/12/2006 - 1/12/2009** | | | | | **23.35** |
| | | | | | |
| **BALANCE 1/12/2009** | | | | | **23.35** |

|  | |
|--|--|
| **TOTAL INFLOWS** | **6,011,432.86** |
| **TOTAL OUTFLOWS** | **-6,011,409.51** |
| **NET TOTAL** | **23.35** |

# EXHIBIT C

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **BALANCE 7/17/2006** | | | | | | | **0.00** |
| 7/18/2006 | NEW OPERATING | 2491 | Cash | given to Beth 7/19/06Cash | | R | -164.81 |
| 7/21/2006 | NEW OPERATING | 10085 | Paetec Communications(home l/d) | Inv.#2162338, due... | Utilities:Telephone/607 E. Mowbray | R | -51.41 |
| 7/24/2006 | NEW OPERATING | TXFR | Transfer From 8639 | | [Elka Operating Account] | R | 4,562.50 |
| 7/24/2006 | NEW OPERATING | 10081 | Ghent Square Community Assn.(607 E. Mow) | DUE 7/31/06, 3RD... | Dues and Subscriptions/607 E. Mowbr... | R | -130.00 |
| 7/24/2006 | NEW OPERATING | 10084 | Chase Card Services(S'west Visa) | due 7/27/06 | [Southwest Visa] | R | -1,000.00 |
| 7/24/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER TO 1... | [NEW SWEEP] | R | 437.50 |
| 7/25/2006 | NEW OPERATING | | Account Transfer | REASON: TRANS... | [Elka Operating Account] | R | 41.34 |
| 7/25/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER TO 1... | [NEW SWEEP] | R | 958.66 |
| 7/26/2006 | NEW OPERATING | 10086 | Covista, Inc.(Chana l/d) | # | Utilities:Telephone/Yehuda Shereshe... | R | -42.69 |
| 7/26/2006 | NEW OPERATING | | Toyota Financial Svcs(Shaindy's) | Acc.t | Auto:Loan:Toyota,Shaindy's Car | R | -704.38 |
| 7/26/2006 | NEW OPERATING | 10087 | The Tile Shop(720 Maury) | 1678 | 720 Maury Remodel Expense | R | -306.27 |
| 7/26/2006 | NEW OPERATING | | Sprint... | Inv.# | Utilities:Telephone-Cell/Chana Shares... | R | -27.94 |
| | | | | Avraham | Utilities:Telephone-Cell/Avraham Sher... | R | -171.75 |
| | | | | Chani | Utilities:Telephone-Cell/Avraham Sher... | R | -34.21 |
| | | | | | [Elka Operating Account] | R | 2.50 |
| 7/26/2006 | NEW OPERATING | | Debit To Close Account | | [NEW SWEEP] | R | 40.19 |
| 7/26/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER TO 1... | 720 Maury Remodel Expense | R | -10,000.00 |
| 7/27/2006 | NEW OPERATING | 3072... | Greenbrier Custom Cabinets | bank check issued ... | [NEW SWEEP] | R | 1,593.00 |
| 7/27/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER TO 1... | 720 Maury Remodel Expense | R | -5,000.00 |
| 7/28/2006 | NEW OPERATING | 3072... | Peter Czmyr | bank check | Housekeeper/Linda Kinsey | R | -390.50 |
| 7/28/2006 | NEW OPERATING | 3072... | Linda Kinsey | 35.5 hrs, wk endin... | used for direct dep... | R | 0.00 |
| 7/28/2006 | NEW OPERATING | 1151 | **VOID** | used for direct dep... | | R | 0.00 |
| 7/28/2006 | NEW OPERATING | 1152 | **VOID** | RCVD FROM HA... | [Terra Nova Trading LLC] | R | 50,000.00 |
| 7/28/2006 | NEW OPERATING | | Terra Nova Transfer (ADVICE 06 | TRANSFER FROM... | [NEW SWEEP] | R | -34,611.73 |
| 7/28/2006 | NEW OPERATING | | Sweep Transfer | dn. pmt for 720 Ma... | 720 Maury Remodel Expense | R | -2,183.24 |
| 7/31/2006 | NEW OPERATING | 1153 | Lisa's Green Thumb | Joe's Birthday Part... | Dining | R | -3,260.37 |
| 7/31/2006 | NEW OPERATING | 1154 | Toques In Ghent | Landlords coverag... | Rental Property Expenses:Insurance/... | R | -958.00 |
| 7/31/2006 | NEW OPERATING | 1155 | The Financial Center | | Salary Spouse | R | 4,166.67 |
| 7/31/2006 | NEW OPERATING | DEP | Joe's Paycheck | | Tax Spouse:Fed | R | -677.15 |
| | | | | | Tax Spouse:Soc Sec | R | -258.33 |
| | | | | | Tax Spouse:Medicare | R | -60.41 |
| | | | | | Tax Spouse:State | R | -221.68 |
| | | | | | Child Support | R | 0.00 |
| 7/31/2006 | NEW OPERATING | DEP | Lowe's | efund on install on ... | Home Repair/607 E. Mowbray | R | 40.00 |
| 7/31/2006 | NEW OPERATING | 1156 | Access Innovations, Inc. | 2nd pmt of 3 | 720 Maury Remodel Expense | R | -8,599.00 |
| 7/31/2006 | NEW OPERATING | 1157 | Wachovia Bank NA(Equity720) | due 7/28 | [Wachovia Equity Line 720 Maury Lia... | R | -2,000.00 |

# Register Report - All Dates
### 7/18/2006 through 10/27/2008

10/27/2008

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 7/31/2006 | NEW OPERATING | 1158 | Wachovia Bank NA(Newequity) | due 7/30 | [607 E. Mowbray New LOC] | R | -2,000.00 |
| 7/31/2006 | NEW OPERATING | | ...Elka's Paycheck | Elka's Paycheck | Salary | R | 6,250.00 |
| | NEW OPERATING | | | Elka's Paycheck | Tax:Fed | R | -1,095.86 |
| | NEW OPERATING | | | Elka's Paycheck | Tax:Soc Sec | R | -356.28 |
| | NEW OPERATING | | | Elka's Paycheck | Tax:Medicare | R | -83.32 |
| | NEW OPERATING | | | Elka's Paycheck | Tax:State | R | -312.51 |
| | NEW OPERATING | | | Elka's Paycheck | Employer Benefit:Dental | R | -40.09 |
| | NEW OPERATING | | | Elka's Paycheck | Employer Benefit:Medical | R | -463.49 |
| 7/31/2006 | NEW OPERATING | | Terra Nova Transfer (ADVICE ▇ | RCVD FROM HA... | [Terra Nova Trading LLC] | R | 350,000.00 |
| 7/31/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER FROM... | [NEW SWEEP] | R | -350,000.00 |
| 8/1/2006 | NEW OPERATING | 1159 | Michael Mostofsky | repay Terra Nova l... | [Mike Mostofsky Loan] | R | -120,000.00 |
| 8/1/2006 | NEW OPERATING | 1160 | ...Norfolk Sash & Door | front door $23,558... | 720 Maury Remodel Expense | R | -6,534.90 |
| | NEW OPERATING | | | Inv.46855 | 720 Maury Remodel Expense | R | -819.91 |
| | NEW OPERATING | | | Inv.#46930 | 720 Maury Remodel Expense | R | -171.13 |
| | NEW OPERATING | | | Inv.#47384 | 720 Maury Remodel Expense | R | -551.58 |
| | NEW OPERATING | | | Inv.#45619 | 720 Maury Remodel Expense | R | -373.80 |
| 8/1/2006 | NEW OPERATING | DEP | Eva's Furniture Deals | Eva's ck#1114 | [Eva's Furniture Deals] | R | 700.00 |
| 8/1/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER FROM... | | R | 13,636.00 |
| 8/2/2006 | NEW OPERATING | TXFR | Transfer To ▇99 | 08/01    O... | [CHARITY ACCT.] | R | -19,050.00 |
| 8/2/2006 | NEW OPERATING | DEP | Eva's Furniture Deals | Eva's ck#2023 | [Eva's Furniture Deals] | R | 600.00 |
| 8/2/2006 | NEW OPERATING | 1161 | Andrea Meltzer | no July pmt made ... | Auto:Loan:Chevy Express | R | -498.24 |
| 8/2/2006 | NEW OPERATING | 1162 | Andrea Meltzer | repay loan | [Andrea Meltzer Loans] | R | -25,000.00 |
| 8/2/2006 | NEW OPERATING | | Verizon{Yehuda S.} | TRANSFER FROM... | | R | 123,898.00 |
| 8/3/2006 | NEW OPERATING | 1164 | Wachovia Mortgage(720 Maury) | DUE 8/7/06 | Utilities:Telephone/Yehuda Shereshe... | R | -67.85 |
| 8/3/2006 | NEW OPERATING | | | due 8/15 | Mortgage:720 Maury Ave/720 Maury | R | -15,000.00 |
| 8/3/2006 | NEW OPERATING | 1163 | **VOID** | | | R | 0.00 |
| 8/3/2006 | NEW OPERATING | | Funds Transfer (ADVICE ▇ | SENT TO  SHERE... | [Family LP II] | R | -200.00 |
| 8/3/2006 | NEW OPERATING | | Wachovia Bank | wire fee | Bank Charge | R | -3.00 |
| 8/3/2006 | NEW OPERATING | DEP | Transfer To ▇66700 | 08/03    O... | [HOMES - 125 12th Street] | R | -10,000.00 |
| 8/3/2006 | NEW OPERATING | TXFR | Funds Transfer (ADVICE ▇ | SENT TO HARRIS... | [Terra Nova Trading LLC] | R | -24,000.00 |
| 8/3/2006 | NEW OPERATING | | Wachovia Bank | wire fee | Bank Charge | R | -20.00 |
| 8/3/2006 | NEW OPERATING | | Funds Transfer (ADVICE ▇ | SENT TO HARRIS... | [Terra Nova Trading LLC] | R | -15,000.00 |
| 8/3/2006 | NEW OPERATING | | Wachovia Bank | wire fee | Bank Charge | R | -20.00 |
| 8/3/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER FROM... | | R | 77,572.00 |
| 8/4/2006 | NEW OPERATING | 1165 | Linda Kinsey | 54 hrs, wk ending ... | Housekeeper/Linda Kinsey | R | -594.00 |
| 8/4/2006 | NEW OPERATING | 1166 | Peter Czmyr | | 720 Maury Remodel Expense | R | -5,000.00 |
| 8/4/2006 | NEW OPERATING | | Funds Transfer (ADVICE ▇ | SENT TO HARRIS... | [Terra Nova Trading LLC] | R | -50,000.00 |
| 8/4/2006 | NEW OPERATING | | Wachovia Bank | wire fee | Bank Charge | R | -20.00 |

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 8/4/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER FROM... | | R | 64,065.00 |
| 8/7/2006 | NEW OPERATING | 5001 | ...Sprint(Nextel) | Elka | Utilities:Telephone:Cell | R | -236.89 |
| 8/7/2006 | NEW OPERATING | | | Ahuva | Ahuva Expenses | R | -287.84 |
| 8/7/2006 | NEW OPERATING | | First Horizon Home Loans(607 E Mowb) | due 8/15 | Mortgage:607 E. Mowbray/607 E. Mo... | R | -3,399.71 |
| 8/7/2006 | NEW OPERATING | 1167 | **VOID**Rabbi Lang's Daughter | wedding present | | R | 0.00 |
| 8/7/2006 | NEW OPERATING | 1168 | Moshe Levine | loan to buy car | [Moshe Levine Loan] | R | -5,000.00 |
| 8/7/2006 | NEW OPERATING | 1169 | Toques In Ghent | remaining balance ... | Dining | R | -3,262.47 |
| 8/7/2006 | NEW OPERATING | | Wachovia Bank | wire fee | Bank Charge | R | -20.00 |
| 8/7/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER FROM... | | R | 8,178.00 |
| 8/7/2006 | NEW OPERATING | | Funds Transfer (ADVICE ███024 | SENT TO NORTH ... | [Cohen-Benamu] | R | -3,800.00 |
| 8/8/2006 | NEW OPERATING | | Verizon(607 E Mowb) | due 8/10/06 | Utilities:Telephone/607 E. Mowbray | R | -150.13 |
| 8/8/2006 | NEW OPERATING | | Verizon(720 Maury) | due 8/10/06 | Utilities:Telephone/720 Maury | R | -62.98 |
| 8/8/2006 | NEW OPERATING | 5002 | Allstate(Renters) | Renters policy 7/12... | Ahuva Expenses/625 Shirley | R | -567.75 |
| 8/8/2006 | NEW OPERATING | 1170 | **VOID** | | | R | 0.00 |
| 8/8/2006 | NEW OPERATING | 1171 | Rabbi Yosef Lowenbraun | loan, in addition to ... | [Lowenbraun 8.8.06 Loan] | R | -2,000.00 |
| 8/8/2006 | NEW OPERATING | | Transferred To *******6700 | to cover ATM debit... | [HOMES - 125 12th Street] | R | -4,202.00 |
| 8/8/2006 | NEW OPERATING | | Wachovia Bank | ATM fee | Bank Charge | R | -3.00 |
| 8/8/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER FROM... | | R | 24,986.00 |
| 8/9/2006 | NEW OPERATING | 1172 | Zalman & Rochel Luxenberg | wedding present (... | Gifts Given | R | -500.00 |
| 8/9/2006 | NEW OPERATING | 1173 | HRUBS(607 E. Mow) | Acct.#███04 | Utilities:Water/607 E. Mowbray | R | -440.51 |
| 8/9/2006 | NEW OPERATING | | Wachovia Bank | ATM fee | Bank Charge | R | -2.00 |
| 8/9/2006 | NEW OPERATING | ATM | Withdrawal Broadway Bank | 08/08 6 E CHESTN...Cash | | R | -201.95 |
| 8/9/2006 | NEW OPERATING | | Funds Transfer (ADVICE ███9015 | SENT TO HARRIS...[Terra Nova Trading LLC] | | R | -36,300.00 |
| 8/9/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER FROM... | | R | 43,718.00 |
| 8/9/2006 | NEW OPERATING | | Wachovia Bank | Wire fee | Bank Charge | R | -20.00 |
| 8/9/2006 | NEW OPERATING | ATM | Withdrawal Broadway Bank | 08/08 6 E CHESTN...Cash | | R | -201.95 |
| 8/9/2006 | NEW OPERATING | | Transferred To *******6700 | to cover ATM's deb...[HOMES - 125 12th Street] | | R | -1,000.00 |
| 8/9/2006 | NEW OPERATING | | Wachovia Bank | ATM fee | Bank Charge | R | -3.00 |
| 8/9/2006 | NEW OPERATING | ATM | Withdrawal Broadway Bank | 08/08 6 E CHESTN...Cash | | R | -201.95 |
| 8/10/2006 | NEW OPERATING | DEP | Cong. Khal Chasidim | Cong Khal Chasidi...[Rabbi Twerski & Cong. Khal Chasidim] | | R | 5,000.00 |
| 8/10/2006 | NEW OPERATING | 1174 | A. W. HOLMES | work on disposal | Rental Property Expenses:Repairs | R | -125.00 |
| 8/10/2006 | NEW OPERATING | | Wextrust Transfer (ADVICE ███5 | RCVD FROM WE... | [WEXTRUST LOANS] | R | 100,000.00 |
| 8/10/2006 | NEW OPERATING | | Sweep Transfer | TRANSFER TO 1... | | R | -99,400.91 |
| 8/11/2006 | NEW OPERATING | | Dominion Powe ███5288) | 607 E. Mowbray, d... | Utilities:Gas & Electric/607 E. Mowbray | R | -443.62 |
| 8/11/2006 | NEW OPERATING | 5000 | Dominion Powe ███86)(720 Maury) | due 8/15/06 | Utilities:Gas & Electric/720 Maury | R | -413.80 |
| 8/11/2006 | NEW OPERATING | | Citcard M/C(6188) | due 8/14/06 | [Citicard] | R | -825.60 |
| 8/11/2006 | NEW OPERATING | 1175 | Linda Kinsey | 41 hrs. wk ending ... | Housekeeper/Linda Kinsey | R | -451.00 |
| 8/11/2006 | NEW OPERATING | 1176 | Peter Czmyr | | 720 Maury Remodel Expense | R | -8,000.00 |

# Register Report - All Dates
## 7/18/2006 through 10/27/2008

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 8/11/2006 | NEW OPERATING | 1177 | Cash | for Joe this weeken... | Cash | R | -3,500.00 |
| 8/11/2006 | NEW OPERATING | | Funds Transfer (ADVICE ▓▓46 | SENT TO THUND... | [Thunder Energy, LLC] | R | -500.00 |
| 8/11/2006 | NEW OPERATING | | Wachovia Bank | MISCELLANEOUS... | Bank Charge | R | -3.00 |
| 8/11/2006 | NEW OPERATING | | Cardsend ▓▓9 | 08/09 ▓▓1652... | Cash | R | -1,000.00 |
| 8/11/2006 | NEW OPERATING | TXFRx | Sweep Transfer | TRANSFER FROM... | | R | 116,038.00 |
| 8/11/2006 | NEW OPERATING | | Transfer To Tax Acct. | for est. tax pmts, o... | [TAX ACCT.] | R | -106,500.00 |
| 8/14/2006 | NEW OPERATING | 5003 | Dominion Power(622Shirley) | due 8/16/06 | Rental Property Expenses:Utilities/62... | R | -366.41 |
| 8/14/2006 | NEW OPERATING | | HRBUS(▓▓2) | due8/17/06 | Utilities:Water/720 Maury | R | -104.07 |
| 8/14/2006 | NEW OPERATING | | Tuvia's Seforim & Gifts | Tuvia's ck#4945 | [Tuvia's Seforim Judaica & Gifts Loans] | R | 5,000.00 |
| 8/14/2006 | NEW OPERATING | | Automated Credit Administaff Com | CO. ID. ▓▓8743... | | R | 0.00 |
| 8/14/2006 | NEW OPERATING | | Automated Credit Administaff Com | CO. ID. ▓▓8743... | | R | 0.00 |
| 8/14/2006 | NEW OPERATING | | Office Depot #381 | 08/11 ▓▓1652... | Computer | R | -91.52 |
| 8/14/2006 | NEW OPERATING | | Elegance Fabricare | 08/11 ▓▓1652... | Cleaning | R | -152.30 |
| 8/14/2006 | NEW OPERATING | | Shell Oil ▓▓5 | 08/11 ▓▓1652... | Auto:Fuel | R | -65.48 |
| 8/15/2006 | NEW OPERATING | 5004 | Eubank Design Concepts, Inc.(720 Maury) | Inv.#998 | 720 Maury Remodel Expense | R | -390.00 |
| 8/15/2006 | NEW OPERATING | | Virginia Natural Gas(▓▓001) | 720 Maury gas, du... | Utilities:Gas & Electric/720 Maury | R | -11.28 |
| 8/15/2006 | NEW OPERATING | | Virginia Natural Gas(▓▓001) | Acct. #▓▓6487... | Utilities:Gas & Electric/607 E. Mowbray | R | -30.73 |
| 8/15/2006 | NEW OPERATING | | Cox Communications(ISP) | due 8/4/06, recd. bi... | Utilities:Cable TV | R | -180.00 |
| 8/15/2006 | NEW OPERATING | DEP ... | Elka's Paycheck | Elka's Paycheck | Salary | R | 6,250.00 |
| 8/15/2006 | NEW OPERATING | | | Elka's Paycheck | Commission Income | R | 33,663.80 |
| 8/15/2006 | NEW OPERATING | | | Elka's Paycheck | Tax:Fed | R | -12,970.01 |
| 8/15/2006 | NEW OPERATING | | | Elka's Paycheck | Tax:Soc Sec | R | -2,450.97 |
| 8/15/2006 | NEW OPERATING | | | Elka's Paycheck | Tax:Medicare | R | -573.21 |
| 8/15/2006 | NEW OPERATING | | | Elka's Paycheck | Tax:State | R | -2,255.16 |
| 8/15/2006 | NEW OPERATING | | | Employer Benefit:Medical | Employer Benefit:Medical | R | -382.00 |
| | | DEP ... | Joe's Paycheck | Salary Spouse | Salary Spouse | R | 4,166.67 |
| 8/15/2006 | NEW OPERATING | DEP ... | Joe's Paycheck | Joe | Bonus | R | 70,000.00 |
| | | | | | Tax Spouse:Fed | R | -25,092.21 |
| | | | | | Tax Spouse:Soc Sec | R | -4,598.33 |
| | | | | | Tax Spouse:Medicare | R | -1,075.42 |
| | | | | | Tax Spouse:State | R | -4,246.67 |
| | | | | | Employer Benefit:Medical | R | -46.50 |
| 8/15/2006 | NEW OPERATING | DEP ... | Joe's Paycheck | Joe | Bonus | R | 30,000.00 |
| | | | | | Commission Income | R | 22,442.53 |
| | | | | | Tax Spouse:Fed | R | -17,488.76 |
| | | | | | Tax Spouse:Soc Sec | R | -1,242.07 |
| | | | | | Tax Spouse:Medicare | R | -760.42 |
| | | | | | Tax Spouse:State | R | -2,997.53 |