IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- against -<br><br>STEVEN BYERS, JOSEPH SHERESHEVSKY, WEXTRUST CAPITAL, LLC, WEXTRUST EQUITY PARTNERS, LLC, WEXTRUST DEVELOPMENT GROUP, LLC, WEXTRUST SECURITIES, LLC, and AXELA HOSPITALITY, LLC,<br><br>Defendants,<br><br>- and -<br><br>ELKA SHERESHEVSKY,<br><br>Relief Defendant. | Case No. 2:08mc22<br>(Case No. 08 Civ. 7104 (DC))<br>Southern District New York)<br><br>ECF Case |

DECLARATION OF JOHN P. SORDILLO IN
SUPPORT OF THE RECEIVER'S MEMORANDUM OF LAW IN
OPPOSITION TO HUFF, POOLE & MAHONEY'S MOTION TO QUASH
OR TO MODIFY AMENDED SUBPOENA DUCES TECUM

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

John P. Sordillo, being duly sworn, deposes and says:

A.  **General Qualifications.**

1.  I, John P. Sordillo, am a partner in the Reorganization Services Group of Deloitte Financial Advisory Services LLP ("Deloitte FAS"), a member of Deloitte Touche Tohmatsu ("Deloitte"). I lead Deloitte FAS's engagement by Dewey & LeBoeuf, LLC in their capacity as counsel to Timothy J. Coleman, Esq., the receiver appointed by the United States District Court, Southern District of New York.

2.  I have been a partner in Deloitte FAS's Reorganization Services Group since March 2004. Immediately prior to joining Deloitte FAS, I was a senior restructuring advisor in the turnaround and restructuring practice of AlixPartners LLC, another national consulting firm. I was also a partner in the restructuring advisory service practice of Ernst & Young Corporate Finance LLC. In total, I have more then thirteen years of experience in the restructuring arena. I have advised companies, senior lenders, unsecured creditors, hedge funds and private capital providers in Chapter 11 proceedings, out-of-court restructurings, and capital raising efforts in troubled business environments and distressed merger and acquisition transactions.

3.  I hold a Bachelors of Business Administration degree from Pace University, which I received in 1987, and a Juris Doctorate degree from Brooklyn Law School, which I earned in 1995. I am a Certified Public Accountant and member of the New York State Bar. I am a member of the American Institute of Certified Public Accountants, the American Bar Association, the American Bankruptcy Institute and the Turnaround Management Association.

4.  Over my career, I have been responsible for a number of forensic investigations in bankruptcy proceedings and civil litigation proceedings. Many of these investigations have involved significant reconstruction of records, transactions and events and extensive tracing efforts involving cash movements. Over the past 14 months I have been actively engaged as the

2

financial advisor to a trustee in another allegedly fraudulent real estate scheme, and I have conducted significant investigative efforts, cash tracing and litigation support in that matter. One of the larger elements of the service I provided was a complex cash tracing exercise involving more than 1,000 bank accounts and 250 legal entities for the purpose of reconstructing the alleged misuse of funds by the principals of the organization.

**B.    Fund Transfers Between Shereshevsky-Related Entities and WexTrust Entities.**

5.    Nancy Riley, an associate at Dewey & LeBoeuf LLP who represents Timothy J. Coleman in his capacity as the Receiver, requested that Deloitte perform a search of WexTrust's QuickBooks Software. QuickBooks is the primary accounting system that was used by WexTrust and its affiliates. Ms Riley was looking for a record of movements between accounts for WexTrust entities and accounts related to Joseph Shereshevsky and his family.

6.    In response to Ms. Riley's request, individuals under my direction performed the following procedures.

7.    Deloitte accessed the Chicago accounting office and Norfolk accounting office QuickBooks records from the server located at WexTrust's Norfolk, Virginia office.[1]

8.    From the Norfolk shared drive, first, Deloitte extracted data from the Norfolk and Chicago accounting records into tab delimited text files. Next, Deloitte consolidated the data in the text files into one comprehensive Microsoft Excel worksheet (the "Master Worksheet").

---

[1] Tom Pugliese, an accountant who had been employed by WexTrust and was currently working for the Receiver, originally provided Deloitte with access to WexTrust's Chicago accounting records maintained in QuickBooks software. Mr. Pugliese posted the QuickBooks files for WexTrust's Chicago, Illinois accounting office to the shared drive located on the server at WexTrust's Norfolk, Virginia office. The QuickBooks files for WexTrust's Norfolk, Virginia accounting already existed on the Norfolk shared drive.

9. Subsequently, Deloitte uploaded the Master Worksheet to a SQL server database. To track the transfers into and out of Shereshevsky's personal accounts, Deloitte used select queries on the Master Worksheet data.

10. These queries electronically identified loans, commissions and other transfers to a number of accounts that were owned by Shereshevsky or his family. The following examples represent the most significant dollar amount of cash activity between WexTrust and Shereshevsky personal accounts:

- Elka Shereshevsky's operating account, number 6331;[2]
- the Shereshevsky Family Partnership account, number 8645; and
- the Jassry Properties account, number 3814.[3]

These results included both transfers from WexTrust accounts and into WexTrust accounts. Most of these transfers were between the aforementioned Shereshevsky accounts and the WexTrust Capital, LLC disbursements account, number 6190; the WexTrust Capital, LLC operating account, number 8459; Bret Investors Skeleton Coast III account, number 2990; and the Wexford High Yield Debt Fund III Escrow account, number 2412.

11. Deloitte then extracted the query results and created a Microsoft Excel worksheet for each of the accounts listed above. The information contained in each worksheet (with the exception of the "QB_Account" columns) was input by WexTrust employees and is identical to the records located on the Norfolk shared drive. Deloitte, however, updated the bank account information listed in "QB_Account" column of each Microsoft Excel worksheet with additional

---

[2] Pursuant to Local Civil Rule 7(C), the Receiver has redacted all but the last four digits of the account numbers identified in this declaration as well as in the attached exhibits.

[3] I was told by employees of WexTrust Capital LLC that Jassry Properties is an entity owned by Joseph Shereshevsky.

detail from bank statement and account details, where available. A true and correct copy of each worksheet is attached as Exhibits A-C.

12. Exhibit A is a listing of the transactions into and out of Elka Shereshevsky's operating account, number 6331, for the period from March 9, 2005 to August 1, 2008.

13. Exhibit B is a listing of the transactions into and out of the Shereshevsky Family Partnership account, number 8645, for the period from March 25, 2004 to May 22, 2008.

14. Exhibit C is a listing of the transactions into and out of the Jassry Properties account, number 3814, for the period from October 9, 2003 to May 13, 2008.

I declare under penalty of perjury that the foregoing is true.

Executed on January 12, 2009

*John P. Sordillo* (signature)

John P. Sordillo

# EXHIBIT A

Transactions into and out of Elka Shereshevsky's operating account, number 6331, for the period from March 9, 2005 to August 1, 2008

| Date | Payee | Account | Memo | Amount | QB Account | QB Source |
|---|---|---|---|---|---|---|
| 10/9/2003 | Jassry Properties | 5950 · Expense reimbursements | Commission on account | (5,000.00) | BOC | Chicago |
| 3/22/2005 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | xfer to Jassary Acc#9579 per Steve for Robato Wire | (332,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Norfolk |
| 3/29/2005 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Funds Transfer to Jassery Properties for King of Storm Loan wire | (60,200.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #200000204406190 | Norfolk |
| 5/19/2005 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Funds Transfer to Jassary Properties Acc to Fund Wire to King of Storm by Elka under instructions | (200,040.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #200000204406190 | Norfolk |
| 5/26/2005 | | 2500 · Intercompany Loans:2500215 · Due To/From Gold Coast/Days Inn | Correction for xfer to Jassry Properties, LLC to fund wire to King of Storms for Lions Walk LTD, L | (90,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Norfolk |
| 6/1/2005 | | 2980 · Intercompany Loans:(Due To/From):2980-20 · Due To/From Jassry Properties | Funds Transfer to Jassery Properties acct | (90,000.00) | Wexford Principal Protected Fund (WHYF) I LLC - Money Market MMI  #xxxxxxxx7145 | Norfolk |
| 6/10/2005 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | xfer to Jassry Properties to fund wire to King of Storms for Rabato | (100,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Norfolk |
| 6/24/2005 | | Intercompany Receivables:Due From Jassry Properties | Wire to Jassry Properties to fund Rabato wire | (49,500.00) | Brandon #xxxxxxxx9194 | Africa |
| 6/24/2005 | | xxx0 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | xfer to Jassry Properties to fund wire to Rabato | (131,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Norfolk |
| 6/28/2005 | Jassry Properties | 2950 · Other Related IC Accts:2955 · South Africa | King of Storms Transfer | (100,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Chicago |
| 6/28/2005 | Jassry Properties, LLC | 2980 · Intercompany Loans:(Due To/From):2980-20 · Due To/From Jassry Properties | xfer to Jassry Properties to help fund wire to King of Storms | (50,000.00) | WEXFORD HIGH YIELD FUND #xxxxxxxx8462 | Norfolk |
| 6/28/2005 | Jassry Properties | xxx0 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | xfer funds to Jassry Properties to fund wire to King of Storms | (100,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Norfolk |
| 6/29/2005 | | Intercompany Receivables:Due From Jassry Properties | xfer to Jassry Properties to help fund Vaticano wire | (100,000.00) | Brandon #xxxxxxxx9194 | Africa |
| 8/3/2005 | Jassry Properties | 2950 · Other Related IC Accts:2955 · South Africa | Rabato Investments | (130,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Chicago |
| 8/3/2005 | | Due to/Due From-Intercompany:Jassry Properties | Funds Transfer to Jassry Properties to wire funds to Rabato Investments SA Advice#050803016413 | (50,000.00) | Wextrust Capital Escrow Account for Dean St. #xxxxxxxx8848 | Norfolk |
| 8/3/2005 | | xxx0 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | wire transfer advice#050803016772 Jassry Properties to fund wire to Raboato Investments per Joe | (130,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Norfolk |
| 8/3/2005 | | xxx0 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Funds Transfer to Jassery Properties xfer to Pure Africa International *2137 to return principal from Jassry, Thunder Energy, Elka & Sh | (300.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #200000204406190 | Norfolk |
| 1/11/2006 | | PAM Liability | | (1,110,000.00) | IDEX #xxxxxxxx2140 | Africa |
| 2/26/2007 | | 1000 · Cash:1003 · HYDF III - Norfolk [split] | to reclassify xfer from WHYF III MMI to help fund loan Jassry Prop | (500,000.00) | HYDF III - Norfolk sweep | Chicago |
| 2/26/2007 | | 1000 · Cash:1003 · HYDF III - Norfolk [split] | transfer from WHYF III MMI to help fund loan Jassry Prop | (500,000.00) | HYDF III - Norfolk MMI | Chicago |
| 2/26/2007 | | 1000 · Cash:1003 · HYDF III - Norfolk [split] | to reclassify transfer from WHYF III MMI to help fund loan Jassry Prop | (500,000.00) | HYDF III - Norfolk MMI | Chicago |
| 2/26/2007 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | | 500,000.00 | HYDF III - Norfolk | Chicago |
| 2/26/2007 | | -split- | xfer to Jassry Properties LLC loan transfer from WHYF III MMI to help fund loan Jassry Prop | (500,000.00) | HYDF III - Norfolk | Chicago |
| 2/26/2007 | transfer from WHYF III MMI to help fund loan Jassry Prop | | | 500,000.00 | HYDF III - Norfolk | Chicago |
| 2/26/2007 | to reclassify transfer from WHYF III MMI to help fund loan Jassry Prop | | | (500,000.00) | HYDF III - Norfolk | Chicago |
| 2/26/2007 | to reclassify xfer from WHYF III MMI to help fund loan Jassry Prop | | | 500,000.00 | HYDF III - Norfolk | Chicago |
| 2/26/2007 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | Jassry Properties Loan, Advice# 070226057148 | (500,000.00) | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxx2412 | Norfolk |
| 2/27/2007 | | 2900 · Corporate IC Accts:2934 · Jassry Properties LLC | Wire tfr from Jassry Properties to cover Payroll | 217,599.82 | Citi - 800499429 | Chicago |
| 2/28/2007 | | xxx0 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Txfr from Jassry Properties, LLC | 100,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxx8459 | Norfolk |

Transactions into and out of Elka Shereshevsky's operating account, number 6331, for the period from March 9, 2005 to August 1, 2008

| Date | Payee | Account | Memo | Amount | QB Account | QB Source |
|---|---|---|---|---|---|---|
| 3/2/2007 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | wire to Jassry Properties LLC promissory note | (200,000.00) | HYDF III - Norfolk | Chicago |
| 3/2/2007 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | Jassry Properties - Promissory Note , Advice# 070302-034414 | (200,000.00) | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxxxx2412 | Norfolk |
| 3/2/2007 | | xxx0 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | xfer in from Jassry $200k | 200,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 3/5/2007 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | wire to Jassry Properties LLC promissory note | (150,000.00) | HYDF III - Norfolk | Chicago |
| 3/5/2007 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | Jassry Properties - Promissory Note , Advice# 070305-040203 | (150,000.00) | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxxxx2412 | Norfolk |
| 3/5/2007 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Deposit | 150,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 3/7/2007 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | wire to Jassry Properties LLC Promissory Note | (300,000.00) | HYDF III - Norfolk | Chicago |
| 3/7/2007 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | Jassry Properties - Promissory Note , Advice# 070307-016308 | (300,000.00) | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxxxx2412 | Norfolk |
| 3/7/2007 | | xxx0 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Txfr from Jassry Properties per Joe | 245,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 3/8/2007 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Deposit | 250,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 3/9/2007 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | wire to Jassry Properties LLC - loan | (250,000.00) | HYDF III - Norfolk sweep | Chicago |
| 3/9/2007 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | wire to Jassry Properties LLC - loan | (500,000.00) | HYDF III - Norfolk sweep | Chicago |
| 3/9/2007 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | Wire to Jasssry Properties Loan , Advice# 20300001695 79 | (250,000.00) | WEXFORD HIGH YIELD DEBT FUND III (MMI) - WESFORD HIGH YIELD FUND III LLC #xxxxxxxxxx2409 | Norfolk |
| 3/9/2007 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | Wire to Jasssry Properties Loan , Advice# 20300001695 79 | (500,000.00) | WEXFORD HIGH YIELD DEBT FUND III (MMI) - WESFORD HIGH YIELD FUND III LLC #xxxxxxxxxx2409 | Norfolk |
| 3/9/2007 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Deposit | 500,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 3/9/2007 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Returned Deposited Item | (250,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 3/12/2007 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Wire to Jassry Properties, Advice# 070312059965 | (50,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 3/13/2007 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Deposit | 250,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 5/25/2007 | | Intercompany Receivables:Due from WexCapLLC*8459 | xfer to WexCapLLC*8459 to fund xfer to WHYF III on jassry's behalf, Advice# 20070525-00016156 | (200,000.00) | Block III Mines and Minerals #4177 | Africa |
| 5/25/2007 | | 2900 · Intercompany Rcvbls/Payables:2903 · Wextrust Capital - Norfolk [split] | xfer from WTC Op to fund Jassry Properties | - | HYDF III - Norfolk | Chicago |
| 5/25/2007 | | 2900 · Intercompany Rcvbls/Payables:2903 · Wextrust Capital - Norfolk [split] | xfer from WTC Op to fund Jassry Properties | 825,000.00 | HYDF III - Norfolk | Chicago |
| 5/25/2007 | | 2900 · Intercompany Rcvbls/Payables:2903 · Wextrust Capital - Norfolk [split] | reclassify xfer from WTC Op to fund Jassry Properties | - | HYDF III - Norfolk | Chicago |
| 5/25/2007 | | 2900 · Intercompany Accounts (Loans):2910 · Intercompany Loans Payable:2910-03 · WTC OP (8459) | Transfer to fund Jassry Properties Loan Paydown- advice#xxxxxxxxxx9076 | 825,000.00 | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxxxx2412 | Norfolk |
| 7/20/2007 | Shereshevsky Family LP II Ck#1012/$116k, Ck#1013/$150k | -split- | | 116,000.00 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #20000020406190 | Norfolk |

Transactions into and out of Elka Shereshevsky's operating account, number 6331, for the period from March 9, 2005 to August 1, 2008

| Date | Payee | Account | Memo | Amount | QB Account | QB Source |
|---|---|---|---|---|---|---|
| 10/19/2007 | Huff Poole Mahoney | 6270 · Professional Fees:6280 · Legal Fees:6280-01 · Legal Fees-Norfolk | FBO: Jassry, LLC. Acc#xxxxxxxxxxM #35 | (43.75) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 10/19/2007 | Huff Poole Mahoney | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | VOID: Huff, Poole & Mahoney Inv#xxxxxxxxxxM #35 FBO Jassry, LLC | - | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 1/2/2008 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | Jassery Properties | (270,000.00) | HYDF III - Norfolk | Chicago |
| 1/2/2008 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | xfer from WHYF III Acc*2412 to Jassry Properties Accc*3814 (Loan) Advice#xxxxxxxxxx6745 | (270,000.00) | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxxxx2412 | Norfolk |
| 1/2/2008 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | Funds Transfer from Jassry Properties Acc*3814 (Loan) to helpfund various WTS Oct 07 EOM xfer fund | 269,500.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 1/4/2008 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | Loan to Jassry Properties | (75,150.00) | HYDF III - Norfolk | Chicago |
| 1/4/2008 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | xfer from WHYFIII*2412 to Jassry*3814 (loan) Advice#20080104-00034960 | (75,150.00) | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxxxx2412 | Norfolk |
| 1/4/2008 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | xfer from Jassry Properties Acc# 3814 to WTC 8459 re: short term loan; advice# 200801104-00047699 | 75,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 1/17/2008 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | Jassery | (105,000.00) | HYDF III - Norfolk | Chicago |
| 1/17/2008 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | xfer of funds from WHYFIII*2412 to Jassry Acc*3814 (Loan) Per J Shereshevsky | (105,000.00) | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxxxx2412 | Norfolk |
| 1/17/2008 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | xfer of funds from Jassry Properties Acc# 3814 to WexCapOp Acc#8459 (loan) to help fund xfer to WH | 105,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |
| 5/13/2008 | | 2900 · Intercompany Rcvbls/Payables:2954 · Due To/From Jassry Properties | Jassery Properties | (55,000.00) | HYDF III - Norfolk | Chicago |
| 5/13/2008 | | 1100 · Loans Receivable:1110 · Intercompany Loan Receivables:1110-08 · Jassry Properties, LLC | Funds Transfer rom WHYFIII OP Acc*2412 to Jassry Acc*3814 loan per Joe Shereshevsky's directive-Ad | (55,000.00) | WEXFORD HIGH YIELD DEBT FUND III ESCROW #xxxxxxxxxx2412 | Norfolk |
| 5/13/2008 | | 2500 · Intercompany Loans:xxx0265 · Due To/From Jassry Properties | xfer from Jassry Properties Acc#3814 to WexCap Acc#8459 per J. Shereshevsky purpose: loan Advice#2 | 55,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxxx8459 | Norfolk |

3 of 3

# EXHIBIT B

Transactions into and out of the Shereshevsky Family Partnership account, number 8645, for the period from March 25, 2004 to May 22, 2008

| Date | Payee | Account | Memo | Amount | QB Account | QB Location |
|---|---|---|---|---|---|---|
| 3/9/2005 | Elka Shereshevsky | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka Op Acc-Commissions | (10,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 7/7/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka Op Acc-Commissions Adv | (10,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 7/18/2005 | Elka Shereshevsky | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Elka Shereshevsky-Commission Adv 07/15/05 Op Acc | (20,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 7/20/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka Shereshevsky Op Acc-Commission Adv | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 7/26/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer wire to Elka OP Acc- Commission Adv Advice#050726013131 | (130,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 7/26/2005 | | 5050 · Commission Expense:5050-10 · Norfolk | xfer to Elka OP Acc-Adv Commission Pymt Advice#050803016772 | - | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 8/18/2005 | | 5050 · Commission Expense:5050-10 · Norfolk | xfer to Elka Shereshevsky Op Acc-Commission Adv | (20,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 8/18/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka Shereshevsky Op Acc-Commission Adv | (206,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 8/29/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer Elka Op Acc-Commission Adv-08/29/05 | (10,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 8/30/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka's Op Acc-Commission Advance | (20,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 9/28/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka Shereshevsky Op Acc-Commission Adv | (25,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/3/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka Shereshevsky OP Acc-Commission Adv | (20,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/7/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka Op Acc-Commissions Adv | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/24/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka Op Acc-Commissions Adv | (40,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/28/2005 | | 8 · Uncategorized Transactions:8-08 · Distributions | wired to Elka Shereshevsky's Op Acc per Michael Mostofsky's Distribution Letter dated 10/28/05 | (130,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 11/9/2005 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka Op Acc-commission Adv-Advice# 051109009867 | (35,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 11/9/2005 | | 2500 · Intercompany Loans:2500195 · Due To/From Elmhurst Bldg/York | Funds Transfer from Elmhurst to fund Commission Adv Elka Op Acc | 50,000.00 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 1/5/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka's Op Acc-Commission Adv per Joe Advice#060109011993 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 1/9/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer to Elka's Op Acc-commission Adv-Advice#060109011993 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 1/9/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer from Elka Op Acc to adjust $50,000 to 30,000#060109013023 | 20,000.00 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 1/23/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | Funds Transfer Commission Adv to Elka's Op Acc per Joe's Phone Call | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 2/1/2006 | Elka Shereshevsky | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka Op Acc-IDEX Commission/Elka Advice# 060201019560 | (75,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 2/1/2006 | Elka Shereshevsky | 5050 · Commission Expense:5050-10 · Norfolk:10-12 · Joseph Shereshevsky | xfer to Elka Op Acc-IDEX Commission/Joe Advice#060201019736 | (75,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 2/21/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka's Op Acc-Commission Adv per Joe 2/21/06 | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 2/24/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-12 · Joseph Shereshevsky | xfer to Elka's Op Acc-Commission Adv per Joe 2/24/06 | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 3/10/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka's Op Acc-Commission Adv per Joe 3/10/06 Acc Advice# 060316-057679 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 3/16/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka Shereshevsky's Op Acc-Commission Adv per Joe Advice# 060316-057679 | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 3/31/2006 | | 2500 · Intercompany Loans:2500120 · Due To/From WTC Disb (6190) | xfer to Disb to fund xfer to Elka's Op Acc per 060331079789 | (150,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 3/31/2006 | | 5050 · Commission Expense:5050-30 · New York:30-05 · Amnon Cohen | Funds Transfer to Elka Op acct to reimburse for Amnon's Loan 3/30 Advice # 060331-01150 | (5,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 3/31/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka's Op Acc per Joe's verbal request on 03/31/06 Advice# 060331080571 | (150,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 3/31/2006 | | 2500 · Intercompany Loans:2500112 · Due To/From WTC Op (8459) | Funds Transfer from LLC to fund transfer to Elka's Op Acc Advice# 060331079789 | 150,000.00 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 4/24/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-12 · Joseph Shereshevsky | xfer to Elka Shereshevsky's Op Acc-Commission Adv per Joe Advice# 060424025216 | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 5/3/2006 | Elka Shereshevsky | 5050 · Commission Expense:5050-10 · Norfolk:10-12 · Joseph Shereshevsky | wire to Elka's Op Acc-Joe's 5% IDEX Commission Advice#060503021978 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 5/9/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer to Elka Op Acc-Commission Adv per Joe Advice# 060509014779 | (40,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 5/15/2006 | | PAM Liability | xfer to Elka's Op Acc for Joe's compensation for consultant fees per Joe & Steve Advice#060515-041 | (100,000.00) | IDEX #200002672140 | Africa |

1 of 3

Transactions into and out of the Shereshevsky Family Partnership account, number 8645, for the period from March 25, 2004 to May 22, 2008

| Date | Payee | Account | Memo | Amount | QB_Account | QB Location |
|---|---|---|---|---|---|---|
| 5/26/2006 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | wire to Elka's Op Acc-Joe's Commission Adv Advice#06052602834 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 6/13/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer wire to Elka Op Acct $100k Advice# 060613049598 - Commission Advance per Joe 06/13/ | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 6/29/2006 | | 5050 · Commission Expense:5050-10 · Norfolk | wire from Elka's Op Acc-Loan due back to Elka Advice#06062901970 | 100,000.00 | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 7/13/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer to Elka Shereshevsky Op Acc to repay loan Advice# 060713022205 | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 7/17/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer to Elka's Op Account - Commission Advance $50k Advice# 060717054652 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 8/10/2006 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | wire to Elka Shereshevsky's Op Acc-loan-Advice# 060810045391 | (100,000.00) | Wexford Principal Protected Fund I LLC SWEEP #200001725718 | Norfolk |
| 9/28/2006 | | 2500 · Intercompany Loans:2500100 · Due To/From Chicago:11-01 · Chicago Citibank Op Acc. (9429) | to fund wire to Chicago's Citibank Acc per Shereshevsky's instructions. Advice# 060928045029 | (185,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 9/29/2006 | | 2500 · Intercompany Loans:2500220 · Due To/From GSA | Funds Transfer from GSA Escrow, repay closing loan and to fund com adv to Elka Op Acc per Joe Shere | 50,000.00 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 9/29/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer from WexCap Disb to Elka's Op Acc - Commission Advance per Joe Shereshevsky's instr | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/6/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer wire to Elka Op Acct $50k Advice#061006044887 - Commission Advance per Joe 10/06/06 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/17/2006 | | 2500 · Intercompany Loans:2500210 · Due To/From GDR Tier | Funds Transfer from GDR Tier Sweep to fund wire to Elka Shereshevsky's Op Acc-Commission Adv-Advic | 50,000.00 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/17/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer to Elka's Op Account - Commission Advance $50K Advice# 061017020325 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/19/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer to Elka's OP Acc-Commission Adv per Joe | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/25/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer to Elka's OP Acc-Commission Adv per Joe-Advice# 061025020360 | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 10/30/2006 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | wire to Elka's Op Account-Joe to sign Promissory Note upon his return-Advice# 061030014149 | (300,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 11/10/2006 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer wire to Elka Op Acct $40k Advice#061110016490 - Commission Advance per Joe 10/11/06 | (40,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 11/22/2006 | | 2500 · Intercompany Loans:2500100 · Due To/From Chicago:11-01 · Chicago Citibank Op Acc. (9429) | wire to Chicago's Citibank Acc for Property Distr. Per Joe Shereshevsky Advice# 061122-023572 | (615,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 11/30/2006 | Avi Benamu | 5050 · Commission Expense:5050-30 · New York:30-01 · Avi Benamu | wire to Avi Benamu-Commission Advance-Advice# 061130063319 | (5,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 12/1/2006 | Elka Shereshevsky | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | wire to Elka Shereshevsky's Op Acc-Commission Adv 12/01-per Joe-Advice#061201039709 | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 3/30/2007 | | Commission Expense:Other | wire to Elka Shershevsky's Op Acc - Joe Shereshevsky's Block III compensation; Advice# 20070330-0 | (225,000.00) | Bret Investors Skeleton Coast #200002627417 | Africa |
| 3/30/2007 | | Commission Expense Other | wire to Elka Shereshevsky Op Acc - J.Shereshevsky's Block III Compensation; Advice#/20070330-00022 | (50,000.00) | Block III Mines and Minerals #200002627417 | Africa |
| 7/6/2007 | National Registered Agents | 2000 · Accounts Payable | 950L3339 Wextrust Qualified Investors, LLC | (120.00) | Citi - 800499429 | Chicago |
| 7/11/2007 | | 5050 · Commission Expense:5050-30 · New York:30-05 · Amnon Cohen | Funds Transfer wire to Elka Shereshevsky Op Acc re: reimbursement for wire to Amnon Cohen 07/10/07 | (17,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 7/27/2007 | | Commission Expense | wire out to Elka Shereshevsky Acc#6331 for Bret Inv Skeleton Coast Advice# 20070727-00013952 | (260,000.00) | Bret Investors Skeleton Coast #200002627417 | Africa |
| 8/16/2007 | | Commission Expense | wire to Elka Shereshevsky Op Acc - Joe Shereshevsky advice#20070816-00018621 | (100,000.00) | Block III Mines and Minerals #200002627417 | Africa |
| 9/27/2007 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | Shereshevsky Family LP II Ck#1016/$150k (loan) to WTC OP Acc#8459 | 150,000.00 | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 10/24/2007 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | Funds Transfer from WTC Op Acc#8459 to Elka Shereshevsky Op Acc#xxxxxx6331 - 1st of 2 payments | (100,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 10/25/2007 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | Funds Transfer from WTC Op Acc#xxxxxx8459 to Elka Shereshevsky Op Acc#xxxxxx6331 #2 of 2 payments to | (100,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 11/1/2007 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | Funds Transfer wire from WTC Disb Acc#6190 to Elka Shereshevsky Acc#xxxxxx6331 Loan 11-1-07 per | (50,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 11/20/2007 | | 1250 · Loans Receivable:1250-10 · Loans Receivable - Employee:1250140 · Shereshevsky FP II | Funds Transfer wire from Shereshevsky Family LP II Acc#8645 to WTC Op Acc#8459 per Joe Shereshevsk | 200,000.00 | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |

Transactions into and out of the Shereshevsky Family Partnership account, number 8645, for the period from March 25, 2004 to May 22, 2008

| Date | Payee | Account | Memo | Amount | QB Account | QB Location |
|---|---|---|---|---|---|---|
| 12/4/2007 | | Ask My Accountant | xfer from BISC III to Shereshevsky Op acc; re: partial repayment of loan; Advice# 20071204-00054 | (50,000.00) | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 12/5/2007 | | 6350 · Travel & Entertainment:6351 · Airfare:6351-01 · Air-Norfolk | wire from Elka Shereshevsky Acc#xxxxxxxxxx6331 to WTC Disb Acc#6190 Per Joe Re: Teterboro Flight Ad | 500.00 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 12/21/2007 | | Loan Payable:Mostofsky, Michael | Advice# 20071221-00025154; Funds sent from Elka OP Acc FBO Michael Mostofsky (loan) | 200,000.00 | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 12/27/2007 | | Loan Payable:Mostofsky, Michael | Advice# 20071227-00048017; Payment of 12-21-07 loan from Michael Mostofsky; sent to Elka Op Acc# | (200,000.00) | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 12/27/2007 | | Ask My Accountant | Advice# 20071227-00050172; xfer from BISC III Acc#2990 to Elka Op Acc#6331 re: partial repayment o | (50,000.00) | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 12/28/2007 | | Ask My Accountant | xfer from BISC III Acc#2990 to Elka Op Acc#6331 re: partial repayment of loan; Advice# 20071228-00036 | (100,000.00) | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 1/3/2008 | | Ask My Accountant | xfer from BISC III Acc#2990 to Elka OpAcc#6331 as partial repayment of loan; Advice# 20080103-0003 | (25,000.00) | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 1/9/2008 | | Ask My Accountant | xfer from BISC III Acc#2990 to Elka Op Acc#6331 re: partial repayment of PAM (Pty) loan; Advice# | (100,000.00) | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 1/9/2008 | | Ask My Accountant | xfer from BISC III Acc#2990 to Elka Op Acc#6331 as partial repayment of loan; Advice# WC010917341 | (125,000.00) | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 1/11/2008 | | 2500 · Intercompany Loans:2500100 · Due To/From Chicago:11-01 · Chicago Citibank Op Acc (9429) | wire from WexCapLLC Acc#8459 to Chicago's Citibank Op Acc#9429; AP funding per J Shereshevsky; A | (50,000.00) | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 1/16/2008 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | wire out from WexCapDisb Acc# 6190 to Elka Shereshevsky's operating account Acc# 6331 re: Commissi | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 1/16/2008 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | wire out from WexCapDisb Acc#6190 to Elka Shereshevsky's Op Acc#6331 re: Commission Advance; Advi | (30,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 1/17/2008 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | xfer from WexCapDisb Acc#6190 to Elka Shereshevsky Op Acc#6331 re: Commission Advance 01-17-08; A | (90,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 1/28/2008 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | xfer from Elka Shereshevsky Op Acc to WexCapDisb Acc#6190; partial loan repay; Advice# 20080128-0 | 100,000.00 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 1/28/2008 | | 1250 · Loans Receivable:1250105 · Elka Shereshevsky | wire from WexCapDisb Acc#6190 to Elka Shereshevsky Op Acc #6331 re: Com Advance 01-28-08; Advice# | (100,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 3/28/2008 | | Ask My Accountant | xfer from BISC III Acc# 2990 to Elka Op Acc# 6331; Travel Exp Reimb (loan) per Joe Shereshevsky. | (13,700.00) | Bret Investors Skeleton Coast III #xxxxxxxxx2990 | Africa |
| 4/21/2008 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | wire from Shereshevsky Family LP II Acc#8645 to WTC Op Acc#8459 per Joe Shereshevsky Advice#200804 | 650,000.00 | Wachovia Wextrust Capital, LLC Operating Account #xxxxxxxxx8459 | Norfolk |
| 7/31/2008 | Elka Shereshevsky | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | wire to Elka Shereshevsky Op Acc#6331- $20K paid on $21,362.39 on Elka's May-Jun Commission-Advice | (20,000.00) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 8/1/2008 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer from Elka Shereshevsky Op Acc to WexCapDisb Acc#6190; correction of Trans Adv. #20080801-0002 | 13,103.98 | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |
| 8/1/2008 | | 5050 · Commission Expense:5050-10 · Norfolk:10-11 · Elka Shereshevsky | xfer from WexCapDisb Acc#6190 to Elka Shereshevsky Op Acc#6331 re: Balance Due May & Jun 08 Perfor | (13,103.98) | Wexford Principal Protected Fund I LLC DISTRIBUTIONS #xxxxxxxxx6190 | Norfolk |

# EXHIBIT C

Transactions into and out of the Jassry Properties account, number 3814, for the period from October 9, 2003 to May 13, 2008

| Date | Payee | Account | Memo | Amount | QB_Account | QB_Source |
|---|---|---|---|---|---|---|
| 3/25/2004 | Shereshevsky Family Partnership | 5050 · Commission Expense:5050-10 · Norfolk | Shereshevsky Fam Partnrshp | (25,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 3/25/2004 | Shereshevsky Family Partnership | 5200 · Equity Commission | Commission | (25,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Chicago |
| 5/3/2004 | Shereshevsky Family Partnership | 5950 · Expense reimbursements | Expense Reimbursement | (56,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Chicago |
| 5/3/2004 | Shereshevsky Family Partnership | 5050 · Commission Expense:5050-10 · Norfolk | Shereshevsky Fam Partnrshp | (56,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 6/29/2004 | | 5050 · Commission Expense:5050-10 · Norfolk | Loan from Shereshevsky Fam Partnership | 40,000.00 | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 7/8/2004 | Shereshevsky Family Partnership | 5050 · Commission Expense:5050-10 · Norfolk | Shereshevsky Fam Partnrshp | (40,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 8/13/2004 | Shereshevsky Family Partnership | 5050 · Commission Expense:5050-10 · Norfolk | Shereshevsky FP, loan repay Highland | (195,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 12/1/2004 | Joe Shereshevsky | 5050 · Commission Expense:5050-10 · Norfolk:10-12 · Joseph Shereshevsky | Shereshevsky Family Partnership | (25,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 12/27/2004 | Joe Shereshevsky | 5050 · Commission Expense:5050-10 · Norfolk:10-12 · Joseph Shereshevsky | Shereshevsky Family Partnership, Joe's comm | (20,025.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 5/8/2008 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | xfer of funds from WexCapOp Acc#8459 to Shereshevsky Family Partnership II Acc#8645 Purpose: Parti | (100,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 5/9/2008 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | xfer of funds from WexCapLLC Op Acc#8459 to Shereshevsky Family Partnership II- Repayment#2 of $65 | (100,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 5/20/2008 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | xfer of funds from WexCapOp Acc#8459 to Shereshevsky Family Partnership II Acc#8645 Purpose: Parti | (30,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |
| 5/22/2008 | | 1250 · Loans Receivable:1250105 · Due From Elka Shereshevsky | xfer of funds from WexCapOp Acc#8459 to Shereshevsky Family Partnership II Acc#8645 Purpose: Parti | (40,000.00) | Wachovia Wextrust Capital, LLC Operating Account # xxxxxxxxx8459 | Norfolk |